**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

_____  )
                                                   )
**Solon City School District Board of Education, et al.**  )   **CASE NO. 5:16-CV-02847**
                                                   )
     **Plaintiffs,**                              )   **JUDGE LIOI**
                                                   )
     **v.**                                       )   **DEFENDANTS' WALLACE, BACHE,**
                                                   )   **AND WALLACE AND BACHE LLC**
**JASON D. WALLACE, et al.**                       )   **JOINT MOTION FOR LEAVE TO**
                                                   )   **FILE MOTION IN EXCESS OF**
     **Defendants.**                              )   **20 PAGES INSTANTER**
                                                   )
_____  )

Now come Defendants, Jason Wallace, Daniel Bache, and Wallace & Bache LLC, by and through undersigned counsel, who hereby submit this Joint Motion for Leave to File Brief in Support of Motion to Dismiss in Excess Instanter. In support of their Motion, the Defendants state as follows:

1. Plaintiffs filed the initial action against multiple Defendants on or about November 22, 2016.

2. The Plaintiffs' Complaint and attachments make up more than one hundred forty (140) pages.

3. Under Local Rule 7.1 (f), the Defendants' Memorandum in Support of the Motion to Dismiss shall not exceed twenty (20) pages in length as it is an unassigned case.

4. Considering the intricate nature of the Individuals with Disabilities Education Act ("IDEA"), the many discrepancies between the Plaintiffs' Complaint, the multiple defenses to the allegations, the impartial hearing officer's decision, and the issues

raised at the due process hearing, the Defendants' Memorandum in Support of the Motion to Dismiss required approximately forty-one (41) pages to appropriately address all issues raised in the Plaintiffs' Complaint.

5. Defendants sought to keep the arguments as short and concise as possible to minimize the amount of additional space required.

6. Defendants seek an additional twenty-one (21) pages in excess of the Local Rule 7.1 (f) page limit.

**WHEREFORE,** the Defendants Wallace, Bache, and Wallace & Bache LLC pray this Honorable Court allow them to file the attached Motion to Dismiss in excess of twenty (20 pages.

Respectfully submitted,

/s/ Jason Wallace
Jason Wallace (0090167)
270 S Cleveland Massillon Rd
Fairlawn, Ohio 44333
P: 234-466-0829
F: 866-573-8377
Jason@GetHelpOhio.com
Attorney for Defendants Wallace, Bache and
Wallace and Bache LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, a copy of this pleading was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Jason Wallace
Jason Wallace (0090167)
Attorney for Defendants Wallace, Bache, and Wallace and Bache LLC