**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth - School Based Prevention Program**
**Service Documentation (RU 650)**

| Date of Service: 6/9/2015 | Location: Solon Board Office |
|---|---|

| Staff Name & Credentials: [redacted] Laurel Greene, LISW | 2.06 |
|---|---|

| Start Time: 8:45 ~~PM~~ AM | End Time: 10:45 ~~PM~~ AM | Total Time: ~~8:00~~ UNITS |
|---|---|---|

Student Name (list for all F·F or telephone contacts): [redacted]

## Service Contact Type

| ☐ F·F with Student | ☐ Telephone with Student | ☐ Group |
| ☑ F·F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session: |
| ☑ F·F Teacher | ☐ Telephone Teacher | Number in Group: |
| ☑ F·F Counselor | ☐ Telephone Counselor | |
| ☑ F·F: Other: principal | ☐ Telephone: Other | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

## Prevention Service Provided

| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☐ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

## Session Goals

| ☐ Increase School Success | ☐ Prevent Criminal Activity | ☐ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☐ Learn and Practice New/Healthy Coping Skills | ☐ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other: |
| ☐ Prevent Violence | ☐ Other | |

## Summary of Session, Activities/Topics/Interventions

Attended a mediation for legal case involving [redacted] vs. Solon Middle School. In attendance was school psychologist, guidance counselors, [redacted] mom, [redacted] moms lawyer, Solon middle school attorney, Solon Middle school principal and mediator. Ms. Mack's attorney explained what he would like for the school to address and take care of regarding what he feels was a result of the school being neglegent to [redacted] emotional needs and safety. This included a certain number of hours of private tutoring to help her catch up academically as well as ongoing mental health counseling outside of school.

## Follow-Up Plan   ☐ N/A, No further contact planned/needed at this time

| ☐ Meet with student by: | ☐ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for: | ☐ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other: | ☑ Other: Case will remain open until this is resolved. |

My signature verifies that the service occurred as documented on this progress note. I authorize Bellefaire JCB to bill for the time documented as "billable" above

| [signature] Laurel Greene | LISW | 6/9/2015 |
|---|---|---|
| SAY Worker Signature | Credentials | Date |

December 2013

→ After the attornies and mediators met privately it was determined that Ms. Mack's attorney will be moving this case to the next level because they were unsatisfied with the mediation. SAY worker was told that she would be notified of when she would be needed with the due process.

## Bellefaire Jewish Children's Bureau
### SAY- Social Advocates For Youth - School Based Prevention Program
### Service Documentation (RU 650)

| | |
|---|---|
| **Date of Service:** 5 7 2015 | **Location:** Solon Middle School |

**Staff Name & Credentials** Laurel Greene, MSW LISW

| Start Time: 01:11 PM | End Time: 02:01 PM | Total Time: 0.84 UNITS |
|---|---|---|

**Student Name** (list for all F.F or telephone contacts): ▉▉▉▉▉▉

### Service Contact Type

| | | |
|---|---|---|
| ☒ F:F with Student<br>☐ F:F with Parent/Guardian<br>☐ F.F Teacher<br>☐ F:F Counselor<br>☐ F.F. Other: | ☐ Telephone with Student<br>☐ Telephone with Parent/Guardian<br>☐ Telephone Teacher<br>☐ Telephone Counselor<br>☐ Telephone. Other:<br>☐ Professional Training/Development<br>☐ Email (see attached) | ☐ Group<br>Group Name & Session.<br>Number in Group. |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610)<br>☐ Education (A0620) | ☐ Community Based Process (A0630)<br>☐ Environmental (A0640) | ☒ Problem Identification and Referral (A0650)<br>☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success<br>☐ Prevent Drug & Alcohol Abuse<br>☐ Prevent Suicide<br>☐ Prevent Violence | ☐ Prevent Criminal Activity<br>☒ Learn and Practice New/Healthy Coping Skills<br>☐ Learn and Practice New/Healthy Anger Management Skills<br>☐ Other | ☒ Learn and Practice New/Healthy Problem Solving Skills<br>☒ Learn and Practice New/Healthy Communication Skills<br>☐ Other |

### Summary of Session, Activities/Topics/Interventions

Met with student to provide follow up support surrounding an incident in which student was hit in the head by another student  Student was in the office and stated she did not feel well but her mother would not pick her up.  Student stated she did not want to return to class because she did not feel well but when asked if she was feeling anxious or worried about other peers bothering her student stated no  Called student's mother and had her on speaker so  SAY worker and student can talk to her together  Student's mother asked student why she texted her "I don't feel safe" at this time ▉▉▉ started crying, she told SAY worker she did not think the school would do anything so she does not think it,'s worth talking about  Discussed ways SAY worker can support student in getting to the end of the year successfully.  Created a plan that included student having pre-written passes that would allow her to leave class if and when she needed a break  Also discussed how student would best like to be supported when she comes down for breaks, in a way that she felt most comfortable  Discussed the importance of notifying her mother and/or school when any other additional bullying incidences occur

### Follow-Up Plan    ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by<br>☐ Refer Student to/for<br>☐ Continue Group<br>☐ Other: | ☒ Meet on an as needed basis as initiated by student<br>☐ Contact parent<br>☐ Coordinate services<br>☐ Other |

My signature verifies that the service occurred as documented on this progress note  I authorize Bellefaire JCB to bill for the time documented as "billable" above.

| | | |
|---|---|---|
| *[signature]* | LISW | 6-1.2015 |
| **SAY Worker Signature** | Credentials | Date |

December 2013

**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth – School Based Prevention Program**
**Service Documentation (RU 650)**

| Date of Service: 4.21.2015 | Location: Solon Middle School | |
|---|---|---|
| Staff Name & Credentials: Laurel Greene, MSW LSW | | |
| Start Time: 03:45 PM | End Time: 05:20 PM | Total Time: 1 58 UNITS |
| Student Name (list for all F/F or telephone contacts): ▮ | | |

### Service Contact Type

| | | |
|---|---|---|
| ☒ F/F with Student | ☐ Telephone with Student | ☐ Group |
| ☐ F/F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session: |
| ☐ F/F Teacher | ☐ Telephone Teacher | Number in Group. |
| ☒ F/F Counselor | ☐ Telephone Counselor | |
| ☒ F.F: Other: school psych, assistant principal, principal, Solon attornies | ☐ Telephone: Other: | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☐ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☒ Learn and Practice New/Healthy Coping Skills | ☐ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other: |
| ☐ Prevent Violence | ☐ Other: | |

### Summary of Session, Activities/Topics/Interventions

Met with principal, assistant principal, Guidance Counselors, School Phycologists, and Solon District Attorneys to discuss legal concerns related to ▮ Reviewed support services provided as well as specific interactions had with mom and ▮ to address mother's concerns over the past 2 years. Discussed the need for a formal I.E.P evaluation to determine if ▮ meets the criteria for additional supports A 504 plan will be put in place until testing is complete. Provided information surrounding frequency of meetings with ▮ s well as what support was given to address school related anxiety and bullying Discussed how school can continue to support ▮ during this process.

### Follow-Up Plan  ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by: | ☒ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for: | ☐ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other: | ☐ Other: |

My signature verifies that the service occurred as documented on this progress note. I authorize Bellefaire JCB to bill for the time documented as "billable" above

| [signature] | LSW | 5.11.15 |
|---|---|---|
| SAY Worker Signature | Credentials | Date |

December 2013

**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth - School Based Prevention Program**
**Service Documentation (RU 650)**

| | |
|---|---|
| **Date of Service:** 4.21.2015 | **Location:** Solon Middle School |

**Staff Name & Credentials** Laurel Greene, MSW LSW

| **Start Time:** 09:40 AM | **End Time:** 10:04 AM | **Total Time:** 0.40 UNITS |
|---|---|---|

**Student Name (list for all F.F or telephone contacts):** ▮▮▮▮▮

### Service Contact Type

| | | |
|---|---|---|
| ☒ F.F with Student<br>☐ F.F with Parent/Guardian<br>☐ F.F Teacher<br>☐ F.P Counselor<br>☐ F.F. Other | ☐ Telephone with Student<br>☐ Telephone with Parent/Guardian<br>☐ Telephone Teacher<br>☐ Telephone Counselor<br>☐ Telephone: Other<br>☐ Professional Training/Development<br>☐ Email (see attached) | ☐ Group<br>Group Name & Session:<br><br>Number in Group: |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610)<br>☐ Education (A0620) | ☐ Community Based Process (A0630)<br>☐ Environmental (A0640) | ☒ Problem Identification and Referral (A0650)<br>☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success<br>☐ Prevent Drug & Alcohol Abuse<br>☐ Prevent Suicide<br>☐ Prevent Violence | ☐ Prevent Criminal Activity<br>☒ Learn and Practice New/Healthy Coping Skills<br>☐ Learn and Practice New/Healthy Anger Management Skills<br>☐ Other | ☒ Learn and Practice New/Healthy Problem Solving Skills<br>☒ Learn and Practice New/Healthy Communication Skills<br>☐ Other |

### Summary of Session, Activities/Topics/Interventions

Met with ▮▮▮ to check in with her to see how she has been doing ▮▮▮ reported there has been no further incidences of bullying. Student returned book that was given to her on managing anxiety for teens. Discussed what student found to be most helpful about this book, and how she can utilize strategies in the future when she begins to feel anxious. Reviewed student's school support plan (breaks if needed, etc.)

### Follow-Up Plan    ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by:<br>☐ Refer Student to/for:<br>☐ Continue Group<br>☐ Other. | ☒ Meet on an as needed basis as initiated by student<br>☐ Contact parent<br>☐ Coordinate services<br>☐ Other: |

My signature verifies that the service occurred as documented on this progress note  I authorize Bellefaire JCB to bill for the time documented as "billable" above

| *[signature]* | LSW | 5.11.2015. |
|---|---|---|
| **SAY Worker Signature** | **Credentials** | **Date** |

December 2013

**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth - School Based Prevention Program**
**Service Documentation (RU 650)**

| Date of Service: 4 15 2015 | Location  Solon Middle School | |
|---|---|---|
| Staff Name & Credentials:  Laurel Greene, MSW LSW | | |
| Start Time: 09:00 AM | End Time: 09:09 AM | Total Time:  0.15  UNITS |
| Student Name (list for all F F or telephone contacts): ▮▮▮▮ | | |

### Service Contact Type

| | | |
|---|---|---|
| ☒ F.F with Student | ☐ Telephone with Student | ☐ Group |
| ☐ F·F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session |
| ☐ F·F Teacher | ☐ Telephone Teacher | Number in Group |
| ☐ F·F Counselor | ☐ Telephone Counselor | |
| ☐ F F. Other: | ☐ Telephone: Other: | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☒ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☒ Learn and Practice New/Healthy Coping Skills | ☒ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other: |
| ☐ Prevent Violence | ☐ Other: | |

### Summary of Session, Activities/Topics/Interventions

Met with student's mother, assistant principal, principal and student's attorney for a brief meeting in which student's mother was informed that we would not be able to meet with her lawyer unless a Solon district attorney was also present.

### Follow-Up Plan   ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by: | ☒ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for. | ☐ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other: | ☐ Other: |

My signature verifies that the service occurred as documented on this progress note  I authorize Bellefaire JCB to bill for the time documented as "billable" above

| *[signature]* | LISW | 5-/1 2015 |
|---|---|---|
| SAY Worker Signature | Credentials | Date |

December 2013

Motion to Dismiss
Exhibit 1

**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth - School Based Prevention Program**
**Service Documentation (RU 650)**

| Date of Service: 4.10.2015 | Location: Solon Middle School |
|---|---|

| Staff Name & Credentials: Laurel Greene, MSW LSW | | |
|---|---|---|

| Start Time: 12:38 PM | End Time: 01:14 PM | Total Time: 0.60 UNITS |
|---|---|---|

**Student Name (list for all F F or telephone contacts)** ▮▮▮▮▮

### Service Contact Type

| | | |
|---|---|---|
| ☒ F:F with Student | ☐ Telephone with Student | ☐ Group |
| ☐ F F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session: |
| ☐ F:F Teacher | ☐ Telephone Teacher | Number in Group |
| ☐ F:F Counselor | ☐ Telephone Counselor | |
| ☐ F F Other. | ☐ Telephone. Other. | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☒ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☒ Learn and Practice New/Healthy Coping Skills | ☒ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other. |
| ☐ Prevent Violence | ☐ Other | |

### Summary of Session, Activities/Topics/Interventions

Met with student to follow up with her after student was victim to cyberbullying incident. Student stated she had one bad day in which she had difficulty coming to school but overall things have been better. Discussed upcoming check-in meeting with mother and school administration, and what student would like to see happen from here. Discussed how student can continue to make progress in managing her anxiety related to peer negativity. Provided student a book on managing anxiety for teens.

### Follow-Up Plan   ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☒ Meet with student by. following week to check in | ☒ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for. | ☒ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other. | ☐ Other: . |

My signature verifies that the service occurred as documented on this progress note. I authorize Bellefaire JCB to bill for the time documented as "billable" above

| _(signature)_ | LISW | 4 29. 15 |
|---|---|---|
| SAY Worker Signature | Credentials | Date |

December 2013

## Bellefaire Jewish Children's Bureau
### SAY- Social Advocates For Youth – School Based Prevention Program
### Service Documentation (RU 650)

| Date of Service: 3.25.2015 | Location: Solon Middle School |
|---|---|

**Staff Name & Credentials:** Laurel Greene, MSW LSW

| Start Time: 08:15 AM | End Time: 09:00 AM | Total Time: 0 75 UNITS |
|---|---|---|

**Student Name** (list for all F:F or telephone contacts): ▮▮▮▮▮▮▮

### Service Contact Type

| | | |
|---|---|---|
| ☒ F.F with Student | ☐ Telephone with Student | ☐ Group |
| ☒ F F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session: |
| ☐ F·F Teacher | ☐ Telephone Teacher | Number in Group: |
| ☒ F·F Counselor | ☐ Telephone Counselor | |
| ☐ F.F: Other | ☐ Telephone: Other: | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☒ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☒ Learn and Practice New/Healthy Coping Skills | ☒ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other |
| ☐ Prevent Violence | ☐ Other | |

### Summary of Session, Activities/Topics/Interventions

Met with ▮▮▮▮ mother, and school guidance counselor to help student transition back to school after incidences of cyber bullying and increase in school anxiety  Developed a plan to increase school success, provide support related to anxiety and address concerns relating to bullying at school.

### Follow-Up Plan   ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by: | ☒ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for: | ☐ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other. | ☒ Other: communicate plan with teachers and administration |

My signature verifies that the service occurred as documented on this progress note  I authorize Bellefaire JCB to bill for the time documented as "billable" above.

| _Laurel Greene_ | LISW | 4.13.2015 |
|---|---|---|
| SAY Worker Signature | Credentials | Date |

December 2013



## Bellefaire Jewish Children's Bureau
### SAY- Social Advocates For Youth - School Based Prevention Program
### Service Documentation (RU 650)

| Date of Service: 3 25 2015 | Location: Solon Middle School |
|---|---|

**Staff Name & Credentials:** Laurel Greene, MSW LSW

| Start Time: 09:40 AM | End Time: 09:45 AM | Total Time: 0.08 UNITS |
|---|---|---|

**Student Name** (list for all F:F or telephone contacts): ▮▮▮▮▮

### Service Contact Type

| | | |
|---|---|---|
| ☐ F:F with Student | ☐ Telephone with Student | ☐ Group |
| ☐ F:F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session: |
| ☐ F:F Teacher | ☐ Telephone Teacher | Number in Group: |
| ☐ F:F Counselor | ☐ Telephone Counselor | |
| ☐ F.F. Other | ☐ Telephone: Other | |
| | ☐ Professional Training/Development | |
| | ☒ Email (see attached) | |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☐ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☐ Learn and Practice New/Healthy Coping Skills | ☐ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other: |
| ☐ Prevent Violence | ☐ Other | |

### Summary of Session, Activities/Topics/Interventions

Communication with teachers and school administration regarding support plan for ▮▮▮▮ See attached email.

### Follow-Up Plan   ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by: | ☒ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for: | ☐ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other: | ☐ Other: |

My signature verifies that the service occurred as documented on this progress note. I authorize Bellefaire JCB to bill for the time documented as "billable" above.

| | | |
|---|---|---|
| *(signature)* | LSW | 4.13.15 |
| SAY Worker Signature | Credentials | Date |

December 2013

## Bellefaire Jewish Children's Bureau
### SAY- Social Advocates For Youth - School Based Prevention Program
### Service Documentation (RU 650)

| Date of Service: 3.24.2015 | Location:  Solon Middle School | |
|---|---|---|
| **Staff Name & Credentials:**  Laurel Greene, MSW LSW | | |
| **Start Time:** 11:08 AM | **End Time:** 11:38 AM | **Total Time:**  0.50  UNITS |
| **Student Name** (list for all F:F or telephone contacts): ▮▮▮▮▮ | | |

### Service Contact Type

| | | |
|---|---|---|
| ☐ F:F with Student<br>☐ F:F with Parent/Guardian<br>☐ F:F Teacher<br>☐ F:F Counselor<br>☐ F.F: Other: | ☐ Telephone with Student<br>☒ Telephone with Parent/Guardian<br>☐ Telephone Teacher<br>☐ Telephone Counselor<br>☐ Telephone: Other:<br>☐ Professional Training/Development<br>☐ Email (see attached) | ☐ Group<br>   Group Name & Session:<br>   Number in Group: |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610)<br>☐ Education (A0620) | ☐ Community Based Process (A0630)<br>☐ Environmental (A0640) | ☒ Problem Identification and Referral (A0650)<br>☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success<br>☐ Prevent Drug & Alcohol Abuse<br>☐ Prevent Suicide<br>☐ Prevent Violence | ☐ Prevent Criminal Activity<br>☐ Learn and Practice New/Healthy Coping Skills<br>☐ Learn and Practice New/Healthy Anger Management Skills<br>☐ Other: | ☐ Learn and Practice New/Healthy Problem Solving Skills<br>☐ Learn and Practice New/Healthy Communication Skills<br>☐ Other: |

### Summary of Session, Activities/Topics/Interventions

TC with student's mother to discuss her concerns related to recent cyber bullying her daughter has experienced and related school anxiety. Mother reported she is currently working with school administration as well as police to address issues o f cyber bullying  Provided suggestions to parent on how to best support her daughter's return to school.  Discussed plan to provide emotional support and increase feelings of safety when she returns. Mother requested SAY counselor meet with student upon her return to help with the transition.

### Follow-Up Plan  ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☒ Meet with student by: following day when she returns to school<br>☐ Refer Student to/for:<br>☐ Continue Group<br>☐ Other: | ☐ Meet on an as needed basis as initiated by student<br>☐ Contact parent<br>☐ Coordinate services<br>☐ Other: |

My signature verifies that the service occurred as documented on this progress note  I authorize Bellefaire JCB to bill for the time documented as "billable" above

| | | |
|---|---|---|
| | | |
| SAY Worker Signature | Credentials | Date |

December 2013

**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth - School Based Prevention Program**
**Service Documentation (RU 650)**

| Date of Service: 02.17.2015 | | Location: Solon Middle School | |
|---|---|---|---|
| Staff Name & Credentials: Laurel Greene, MSW LSW | | | |
| Start Time: 09:45 AM | End Time: 10:30 AM | | Total Time:  0.75  UNITS |
| Student Name (list for all F:F or telephone contacts): ▮▮▮▮▮▮ | | | |

### Service Contact Type

| | | |
|---|---|---|
| ☒ F:F with Student<br>☐ F:F with Parent/Guardian<br>☐ F:F Teacher<br>☐ F:F Counselor<br>☐ F.F. Other: | ☐ Telephone with Student<br>☐ Telephone with Parent/Guardian<br>☐ Telephone Teacher<br>☐ Telephone Counselor<br>☐ Telephone: Other<br>☐ Professional Training/Development<br>☐ Email (see attached) | ☐ Group<br>   Group Name & Session:<br>   Number in Group: |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610)<br>☐ Education (A0620) | ☐ Community Based Process (A0630)<br>☐ Environmental (A0640) | ☒ Problem Identification and Referral (A0650)<br>☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success<br>☐ Prevent Drug & Alcohol Abuse<br>☐ Prevent Suicide<br>☐ Prevent Violence | ☐ Prevent Criminal Activity<br>☒ Learn and Practice New/Healthy Coping Skills<br>☐ Learn and Practice New/Healthy Anger Management Skills<br>☐ Other | ☒ Learn and Practice New/Healthy Problem Solving Skills<br>☒ Learn and Practice New/Healthy Communication Skills<br>☐ Other: |

### Summary of Session, Activities/Topics/Interventions

Provided follow up support surrounding student's struggle with anxiety and school attendance. Student reported that things have been much better since she has started medication. Student has continued to see her counselor 1x per week. Discussed book SAY worker gave student to read related to anxiety and how it was helpful to her/what she gained. Discussed how student can continue to maintain success and reminded student she can come back to see SAY worker if/when needed.

### Follow-Up Plan   ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by:<br>☐ Refer Student to/for:<br>☐ Continue Group<br>☐ Other: | ☒ Meet on an as needed basis as initiated by student<br>☐ Contact parent<br>☐ Coordinate services<br>☐ Other |

My signature verifies that the service occurred as documented on this progress note. I authorize Bellefaire JCB to bill for the time documented as "billable" above

| *(signature)* | MSW LSW | 3/2/15 |
|---|---|---|
| SAY Worker Signature | Credentials | Date |

December 2013

**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth - School Based Prevention Program**
**Service Documentation (RU 650)**

| Date of Service: 1 22 2015 | Location: Solon Middle School | |
|---|---|---|
| **Staff Name & Credentials:** Laurel Greene, MSW LSW | | |
| **Start Time:** 11:18 AM | **End Time:** 12:00 PM | **Total Time:** 0.70 UNITS |
| **Student Name** (list for all F·F or telephone contacts). ▮▮▮▮ | | |

### Service Contact Type

| | | |
|---|---|---|
| ☒ F.F with Student | ☐ Telephone with Student | ☐ Group |
| ☐ F.F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session: |
| ☐ F·F Teacher | ☐ Telephone Teacher | Number in Group |
| ☐ F F Counselor | ☐ Telephone Counselor | |
| ☐ F.F: Other: | ☐ Telephone: Other: | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☒ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☒ Learn and Practice New/Healthy Coping Skills | ☒ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other |
| ☐ Prevent Violence | ☐ Other: | |

### Summary of Session, Activities/Topics/Interventions

Met with student to continue to provide support surrounding her anxiety. Discussed effectiveness of coping skills learned in previous sessions. Provided education surrounding additional healthy coping skills student can utilize to manage her anxiety. Provided education surrounding the connection between thoughts, feelings and actions

### Follow-Up Plan ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by: | ☒ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for: | ☐ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other | ☐ Other: |

My signature verifies that the service occurred as documented on this progress note. I authorize Bellefaire JCB to bill for the time documented as "billable" above.

| _signature_ | MSW LSW | 2.11.15 |
|---|---|---|
| **SAY Worker Signature** | Credentials | Date |

December 2013

**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth - School Based Prevention Program**
**Service Documentation (RU 650)**

| Date of Service: 1.15 .2015 | Location: Solon Middle School | |
|---|---|---|
| **Staff Name & Credentials** Laurel Greene, MSW LSW | | |
| **Start Time:** 12:23 PM | **End Time:** 01:00 PM | **Total Time:** 0.62 UNITS |
| **Student Name** (list for all F:F or telephone contacts): ███████ | | |

**Service Contact Type**

| ☒ F:F with Student | ☐ Telephone with Student | ☐ Group |
|---|---|---|
| ☐ F:F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session. |
| ☐ F:F Teacher | ☐ Telephone Teacher | Number in Group: |
| ☐ F:F Counselor | ☐ Telephone Counselor | |
| ☐ F.F. Other: | ☐ Telephone: Other: | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

**Prevention Service Provided**

| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
|---|---|---|
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

**Session Goals**

| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☒ Learn and Practice New/Healthy Problem Solving Skills |
|---|---|---|
| ☐ Prevent Drug & Alcohol Abuse | ☒ Learn and Practice New/Healthy Coping Skills | ☒ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other: |
| ☐ Prevent Violence | ☐ Other | |

**Summary of Session, Activities/Topics/Interventions**

Met with student to continue to provide support surrounding her anxiety. Discussed effectiveness of coping skills learned in previous sessions. Provided education surrounding additional healthy coping skills student can utilize to manage her anxiety. Provided education surrounding the connection between thoughts, feelings and actions.

**Follow-Up Plan** ☐ N/A, No further contact planned/needed at this time

| ☐ Meet with student by: | ☒ Meet on an as needed basis as initiated by student |
|---|---|
| ☐ Refer Student to/for. | ☐ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other: | ☐ Other: |

My signature verifies that the service occurred as documented on this progress note. I authorize Bellefaire JCB to bill for the time documented as "billable" above

| *[signature]* | MSMSW | 3/2/2015 |
|---|---|---|
| **SAY Worker Signature** | **Credentials** | **Date** |

December 2013

## Bellefaire Jewish Children's Bureau
### SAY- Social Advocates For Youth - School Based Prevention Program
### Service Documentation (RU 650)

| Date of Service: 12.8.2014 | Location: Solon Middle School | |
|---|---|---|
| Staff Name & Credentials  Laurel Greene, MSW LSW | | |
| Start Time: 01:10 PM | End Time: 01:48 PM | Total Time:  0 63  UNITS |
| Student Name (list for all F.F or telephone contacts): ▮▮▮▮ | | |

### Service Contact Type

| ☒ F F with Student<br>☐ F:F with Parent/Guardian<br>☐ F:F Teacher<br>☐ F F Counselor<br>☐ F F: Other. | ☐ Telephone with Student<br>☐ Telephone with Parent/Guardian<br>☐ Telephone Teacher<br>☐ Telephone Counselor<br>☐ Telephone Other<br>☐ Professional Training/Development<br>☐ Email (see attached) | ☐ Group<br>Group Name & Session<br>Number in Group |
|---|---|---|

### Prevention Service Provided

| ☐ Information Dissemination (A0610)<br>☐ Education (A0620) | ☐ Community Based Process (A0630)<br>☐ Environmental (A0640) | ☒ Problem Identification and Referral (A0650)<br>☐ Alternatives (A0660) |
|---|---|---|

### Session Goals

| ☒ Increase School Success<br>☐ Prevent Drug & Alcohol Abuse<br>☐ Prevent Suicide<br>☐ Prevent Violence | ☐ Prevent Criminal Activity<br>☒ Learn and Practice New/Healthy Coping Skills<br>☐ Learn and Practice New/Healthy Anger Management Skills<br>☐ Other | ☒ Learn and Practice New/Healthy Problem Solving Skills<br>☒ Learn and Practice New/Healthy Communication Skills<br>☐ Other |
|---|---|---|

### Summary of Session, Activities/Topics/Interventions

Met with student to continue to provide support surrounding anxiety related to sports injuries and difficulty transitioning back to school and outside activities  Assisted student in successfully transitioning back to class.

### Follow-Up Plan     ☐ N/A, No further contact planned/needed at this time

| ☐ Meet with student by<br>☐ Refer Student to/for<br>☐ Continue Group<br>☐ Other | ☒ Meet on an as needed basis as initiated by student<br>☐ Contact parent<br>☐ Coordinate services<br>☐ Other |
|---|---|

My signature verifies that the service occurred as documented on this progress note  I authorize Bellefaire JCB to bill for the time documented as "billable" above

| [signature] | MSW LSW) | 1. 12. 15 |
|---|---|---|
| SAY Worker Signature | Credentials | Date |

December 2013

## Bellefaire Jewish Children's Bureau
### SAY- Social Advocates For Youth - School Based Prevention Program
### Service Documentation (RU 650)

| Date of Service: 11 25 2014 | Location: Solon Middle School |
|---|---|

| Staff Name & Credentials: Laurel Greene, MSW LSW |
|---|

| Start Time: 01:30 PM | End Time: 02:14 PM | Total Time: 0 73 UNITS |
|---|---|---|

**Student Name** (list for all F F or telephone contacts): ▮▮▮▮▮▮

### Service Contact Type

| | | |
|---|---|---|
| ☒ F·F with Student | ☐ Telephone with Student | ☐ Group |
| ☐ F·F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session: |
| ☐ F·F Teacher | ☐ Telephone Teacher | Number in Group. |
| ☐ F·F Counselor | ☐ Telephone Counselor | |
| ☐ F F Other | ☐ Telephone Other. | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☒ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☒ Learn and Practice New/Healthy Coping Skills | ☒ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other |
| ☐ Prevent Violence | ☐ Other | |

### Summary of Session, Activities/Topics/Interventions

Met with student to provide support related to school anxiety after missing 2 weeks of school due to recent sports injuries Provided student information related to SAY program and how SAY worker can be a support to student Discussed student's thoughts/feeling surrounding current oupatient services provider and how this person has been helpful to her Discussed how student currently manages anxiety and stress and provided education related to anxiety/ managing anxiety in a healthy manner.

### Follow-Up Plan ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by: | ☒ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for: | ☒ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other: | ☐ Other |

My signature verifies that the service occurred as documented on this progress note  I authorize Bellefaire JCB to bill for the time documented as "billable" above

| _(signature)_ | MSW LSW | 1.12 15 |
|---|---|---|
| SAY Worker Signature | Credentials | Date |

December 2013

## Bellefaire Jewish Children's Bureau
### SAY- Social Advocates For Youth - School Based Prevention Program
### Service Documentation (RU 650)

| Date of Service: 11.25..2014 | Location: Solon Middle School | |
|---|---|---|
| **Staff Name & Credentials.** Laurel Greene, MSW LSW | | |
| **Start Time:** 12:41 PM | **End Time:** 01:16 PM | **Total Time:** 0.59 UNITS |
| **Student Name** (list for all F:F or telephone contacts): ▓▓▓▓▓ | | |

### Service Contact Type

| | | |
|---|---|---|
| ☐ F:F with Student | ☐ Telephone with Student | ☐ Group |
| ☐ F:F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session: |
| ☐ F:F Teacher | ☐ Telephone Teacher | Number in Group. |
| ☒ F:F Counselor | ☐ Telephone Counselor | |
| ☐ F:F. Other. | ☐ Telephone. Other: | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☐ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☐ Learn and Practice New/Healthy Coping Skills | ☐ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other |
| ☐ Prevent Violence | ☒ Other obtain referral inforamtion | |

### Summary of Session, Activities/Topics/Interventions

Met with school guidance counselor regarding referral for student. Student has had multiple concussions related to playing volleyball which has lead to her missing a significant amount of school and increased anxiety associated with getting injured again and making up school work. Student struggles to get to school each day after missing 2 weeks. Outpatient services are currently in place

### Follow-Up Plan  ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☒ Meet with student by end of day | ☐ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for: | ☐ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other. | ☐ Other: |

My signature verifies that the service occurred as documented on this progress note. I authorize Bellefaire JCB to bill for the time documented as "billable" above

| | | |
|---|---|---|
| *[signature]* | MSW LSW | 1.12.15 |
| SAY Worker Signature | Credentials | Date |

December 2013