BELLEFAIRE JCB

## SAY – SOCIAL ADVOCATES FOR YOUTH

School Based Prevention Program

Confidentiality Policy

During the initial contacts with student and family members, we will review our confidentiality agreement with them.

Confidentiality of client records maintained by this program is protected by federal and state regulations. Generally, the program will not convey to any person outside the program that the client attends or receives services from the program or disclose any information identifying a client unless:

- the client consents in writing
- the disclosure is made to medical personnel in a medical emergency
- the disclosure is made to report suspected abuse or neglect
- the disclosure is made to protect a student who poses a danger to himself or herself or others

Client records are kept in locked cabinets to ensure safety and confidentiality.
Clients have access to their files and if the client is under age 18, their custodial parents have the right to access their files.
Client records for SAY school based services are kept separate from other Bellefaire records.
To meet requirements of our funding body, documentation of service must be maintained.
For prevention contacts (including Information Dissemination, Education, Alternatives and Community Based) information maintained will be demographic only (school, age, gender, reason for referral, service provided) and will not identify the client or family by name.
For Problem Identification and Referral individual contacts, parental consent form will be signed and this confidentiality agreement will be reviewed with client and parent.
Any information or record obtained by the Bellefaire SAY social worker/counselor is maintained by and becomes the property of Bellefaire JCB. Bellefaire JCB adheres to strict efforts to maintain client confidentiality.

Signature of Parent/Legal Guardian _____ date ___4/21/15___
Signature of student _____ date _____
SAY Worker Signature _____ date ___4/21/15___

Revised 8/11

Motion to Dismiss
Exhibit 2