**Bellefaire JCB**
## SAY – SOCIAL ADVOCATES FOR YOUTH
### School Based Prevention Program

## PARTICIPATION CONSENT

The Social Advocates for Youth (SAY) program of Bellefaire Jewish Children's Bureau has been designed to provide preventive and supportive counseling and referral services to students within the school setting. These services will be provided at no cost to the participant or family. Information or records obtained by the Bellefaire SAY social worker/counselor are maintained by and become the property of Bellefaire JCB. Bellefaire JCB adheres to strict efforts to maintain client confidentiality. Your signature will authorize your student to participate in the SAY program.

Name of student ███████████    ███████████    Phone ____4/21/13____

Address ████████████████████████████████████

School __Solen Middleschool__  Parent/Legal Guardian __LUCIA MACK__

Emergency Contact Person (Name) __Lucia Mack__ Phone Number ███████████

| | |
|---|---|
| Signature of Parent/Legal Guardian __Lucia Mack__ | Date __4/21/15__ |
| Signature of Student _____ | Date _____ |
| SAY Worker Signature __Laura Liee__ | Date __4/21/15__ |

## CONSENT FOR RELEASE OF INFORMATION

Re (Student Name): ███████████    ███████████    Date of Birth ███████████

I, __Lucia Mack__  __mother__ of
    (name)                          (relationship)
the above named student, hereby authorize __Laurel Green__, the SAY Bellefaire JCB social worker/counselor at __Solen Middleschool__ (school name) to share information & maintain records about the above named client with (school name) __Solen Middleschool__ for coordination of services. I understand that the Consent for the Release of Information expires at the end of the current school year unless otherwise indicated herein. I also understand that I may revoke this Consent for Release of Information at any time by stating in writing with the date and my signature and delivering it to __Laurel Green__, the SAY Bellefaire JCB social worker/counselor. The revocation does not include any information which has already been shared between the time that I gave permission to share information and the time it was cancelled. I understand that my signing or refusing to sign this consent will not affect services that I am eligible for. The information disclosed is in accordance with federal and state confidentiality rules, Federal regulation (42 CFR part 2) prohibits re-release of drug and alcohol information without specific written consent.

| | |
|---|---|
| Signature of Parent/Legal Guardian __Lucia Mack__ | Date __4/21/15__ |
| Signature of Student _____ | Date _____ |
| SAY Worker signature __Laura Liee__ | Date __4/21/15__ |

REVISED 08/11

Motion to Dismiss
Exhibit 3