## Steele, Angela

**From:** Laurel Greene <LaurelGreene@solonboe.org>
**Sent:** Monday, May 11, 2015 2:56 PM
**To:** Steele, Angela
**Subject:** Fwd: May 6th 2015 KM

Hi Angela could you please add this email to ███████ file? I do have an Echo now for her and will drop this off to you.
Thank you!

Begin forwarded message:

> **From:** "Lucia M. Mack" <luciamack@howardhanna.com>
> **Date:** May 7, 2015 at 1:54:04 PM EDT
> **To:** "laurelgreene@solonboe.org" <laurelgreene@solonboe.org>
> **Subject:** FW: May 6th 2015 ███████
>
> see below
>
> Thanks,
> Lucia Mack
> Licensed agent and personal assistant to...
> Gale Grau & Associates
> Solon Office Top Producer
> ███████ Cell
> 440-248-7540 Fax
>
> _____
>
> From: Lucia M. Mack
> Sent: Thursday, May 07, 2015 8:13 AM
> To: Eugenia Green
> Cc: Scott Hatteberg; Joe Regano; Hastings, Susan C.
> Subject: May 6th 2015 ███████
>
> Your version of the events is simply wrong. This escalated and it was not playing around. If you consider playing around, a child hitting several students in the head while working in groups, a safe and positive learning environment I'm very sorry for the students at SMS. The teacher did nothing to prevent this, despite ███████ current medical state and susceptibility to concussions, suffered at the hands of SMS. What did the other witnesses say? What did the teacher say? She hit ███████ so hard that another student actually gasped at the impact. We don't play around like that in society, we call it battery. Just like when a locker is slammed on a child's head. Just like when a child is pushed in class. All without any provocation. I was assured over and over just weeks ago, by your staff, that ███████ is safe and everyone is on "high alert." Well that has failed, once again. And here I sit again, fighting to get my child to school and to feel like everything will be ok. I am now the liar because I have reassured her over and over that everything will be ok, and that she will get through this.
>
> Thanks,

1

Motion to Dismiss
Exhibit 4

Lucia Mack
Gale Grau & Associates
Howard Hanna
████████████ cell phone
440-248-7540 fax number
GaleGrau.com<http://GaleGrau.com>  for homes

Sent from my iPhone

On May 6, 2015, at 1:47 PM, Eugenia Green
<EugeniaGreen@solonboe.org<mailto:EugeniaGreen@solonboe.org>> wrote:

Ms. Mack:

Here's a recap today's incident with ████ according to ████, the student who hit and another student in the class.

At 10:30, ████ came to the clinic, reported her head hurt as a result of being hit. The nurse had her call you. The nurse reported that ████ appeared composed as she spoke with her, but became emotional as she spoke with you on the phone.

Prior to your arrival, I spoke with her to find out what happened ████ stated she was hit in the head by a student. She reported that the student first touched her hair/head and she responded, "Don't touch my head!". The student responded by hitting her in the back of the head. Although she was composed, I could see that she had tears in her eyes, was upset, but from her tone, she appeared mad that the girl had hit her.

I asked her several questions:
I asked ████ if there had been any issues/problems between her and the student who hit her. She said no.
I asked ████ if the student had done this before. She said no.
I asked if there was a conversation or words said before or after the hit. She said no.
I asked if were the incident occurred. She said "in French class". (████ has French 2nd period – Class time is from 9:33-10:13)
I asked why the student might have hit her and if she thought that the student was serious about hitting her or playing around. She stated, "I don't know why….She was playing around."

After you left, Mr. Hatteberg and I both spoke with the student who hit ████. The student reports they were working in groups in French and someone made a "dumb comment" related to the assignment. She admitted that she was playing around and hit a different student twice. The student said, "Oww" and laughed it off. She then continued to play and hit ████ in the head and heard ████ tell her, "Don't touch my head". She stated that she didn't hit her again and everyone continued working.

Mr. Hatteberg and I spoke with the other student who was also hit. She shared that there were four students in their group working on a writing activity, ████ was a part of their group. The student who hit ████ hit her first, but it was horseplay. When she was hit, she said, "Oww, and laughed it off  The student hit her in the head again. She reported it was playful hitting. The student also reported that there appeared to be no problem/issue between ████ and the other student- they talk often and "often are partners" for group work in the French classroom. After the hitting, it was reported that they all resumed working until class ended.

2

The student who hit both students received a consequence and her parent was notified.

Respectfully,

Eugenia

PLEASE NOTE: This email and any response to it is being archived for later retrieval and may constitute a public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

PLEASE NOTE: This email and any response to it is being archived for later retrieval and may constitute a public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

3

Motion to Dismiss
Exhibit 4

## Michael Sullivan

| | |
|---|---|
| From: | Laurel Greene |
| Sent: | Wednesday, March 25, 2015 10:18 AM |
| To: | Eugenia Green; Scott Hatteberg; Cari Root, Kelly Amstutz |
| Cc: | Michael Sullivan |
| Subject: | █████████ |

Mike and I met with █████ and her mom this morning to come up with a support plan for █████ to transition back to school feel safe. Yesterday her mom said she could not stop crying and refused to come to school. In the past the longer it has taken for her to come back the harder it is for her, the anticipation increases her anxiety level
Today the goal was to just get her in the building. We were hopeful that once we got her here for a meeting with us, that we could allow her to feel comfortable to stay for the remainder of the day or part of it. After Mike and I talked with █████, she is willing to stay at least through 4ᵗʰ period. This is a great step in the right direction

The plan we discussed is.

- █████ will check in after 2ⁿᵈ period with us in the guidance office
- █████ will be allowed to take short breaks if she needs to during the day and see Mike or myself.
- █████ will see her teachers during lunch today to make up work she has missed (this will also help avoid any issues occurring at lunch which can be a hard time to monitor what is being said to her)

- █████ was offered be able to use alternative bathroom in the clinic/office if she needs to temporarily  (She said she did not feel she needed to do this).
- We also discussed if she needs to she can stay after class for a few minutes so she is not transitioning into the hallway as the same time as other students, but she said she would feel most comfortable transitioning at the same time  She identified a few students who she feels safe with that can walk with her to and from each class.
- We also offered the option of her changing seats in the classes she has with █████, she said she would be fine staying in the seat she has, but would like  these teachers to watch her extra closely (LA and Social Studies teachers).

- We discussed that if any incidences of teasing or targeting occur, that she will come to the office to report it right away.
- █████ mom will be monitoring all of social media so it does not cause increased anxiety for her

Please let me know if you have any questions/concerns

Laurel

*Laurel Greene, MSW, LISW*
**S.A.Y. Counselor: Solon Middle School**
**Bellefaire JCB**
(440)349-7493 (office)
(216) 269-8597 (cell)
(440)-349-8034 (Fax)
LaurelGreene@solonboe.org

1

███████████cell phone
> 440-248-7540 fax number
> GaleGrau.com  for homes
>
> Sent from my iPhone
>
>> On Mar 26, 2015, at 12 32 PM, Laurel Greene <LaurelGreene@solonboe.org> wrote:
>>
>> I am so glad she came in yesterday and was able to stay through 4th period.
>> She has not stopped down for a break yet but I will be here until the end of the day if she needs me.
>>
>> I hope she has a good day today. Feel free to call or email if anything pops up you feel would be important for us to know.
>>
>> Laurel
>>
>> -----Original Message-----
>> From: Lucia M. Mack [mailto luciamack@howardhanna com]
>> Sent: Thursday, March 26, 2015 7 22 AM
>> To: Laurel Greene
>> Subject: Re ███████
>>
>> She stayed through 4th period  Then just got down  So she came to my office. Got her perked back up by night. She's coming in at 8.10 to meet with her french teacher. She is also able to stay after school today  So if someone needs her, which I believe they will, she can stay  I told her I just need to know a time to pick her up
>>
>> Thanks,
>> Lucia Mack
>> Gale Grau & Associates
>> Howard Hanna
>> ██████████cell phone
>> 440-248-7540 fax number
>> GaleGrau com  for homes
>>
>> Sent from my iPhone
>>
>>> On Mar 26, 2015, at 7 11 AM, Laurel Greene <LaurelGreene@solonboe org> wrote
>>>
>>> Hi Ms. Mack
>>>
>>> Just wanted to check in and see how the rest of ████ day went yesterday.
>>>
>>> Laurel
>>>
>>> Sent from my iPhone
>>>
>>>
>>> PLEASE NOTE  This email and any response to it is being archived for later retrieval and may constitute a public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

2

Motion to Dismiss
Exhibit 4

**Steele, Angela**

| | |
|---|---|
| **From:** | Laurel Greene <LaurelGreene@solonboe.org> |
| **Sent:** | Tuesday, March 31, 2015 10:51 AM |
| **To:** | Steele, Angela |
| **Subject:** | Fwd█████ |

Angela, could you please add this to ████████████ file.
Thank you!

> **From:** "Lucia M. Mack" <luciamack@howardhanna.com>
> **Date:** March 24, 2015 at 7:35:42 AM EDT
> **To:** Eugenia Green <EugeniaGreen@solonboe.org>
> **Cc:** Scott Hatteberg <ScottHatteberg@solonboe.org>, Michael Sullivan
> <michaelsullivan@solonboe.org>, Kelly Amstutz <kellyamstutz@solonboe.org>, Joe Regano
> <JoeRegano@solonboe.org>, Laurel Greene <LaurelGreene@solonboe.org>
> **Subject:** Re: Email 2 of 2
>
> Please let me know how the situation will be "closely monitored." I need to make sure this is in
> class, hallways and bathrooms. Especially since she was followed into the bathroom at the rec
> center. She will be there the rest of the week. Took a lot of long talks yesterday and a meeting
> with her therapist. She is scared and doesn't feel safe at school. █████ friends call her names
> and this weekends incident sent her over the edge.
>
> Thanks,
> Lucia Mack
> Gale Grau & Associates
> Howard Hanna
> ███████████cell phone
> 440-248-7540 fax number
> GaleGrau.com  for homes
>
>
> Sent from my iPhone
>
> On Mar 23, 2015, at 8:20 AM, Lucia M. Mack <luciamack@howardhanna.com> wrote:
>
>> Please make sure this is continued to be monitored and her substitute teachers
>> know as well. She got a friend request over the weekend on Instagram from
>> "█████ is a slutt". I'm having a hard time getting her to school. She is off all social
>> media for now.
>>
>> Thanks,
>> Lucia Mack
>> Gale Grau & Associates
>> Howard Hanna
>> ███████████cell phone
>> 440-248-7540 fax number
>> GaleGrau.com  for homes

1

Sent from my iPhone

On Mar 19, 2015, at 4:55 PM, Eugenia Green <EugeniaGreen@solonboe.org> wrote:

Mrs. Mack:

I am certainly not suggesting that you drop this issue, but I am reiterating that this is not a school issue. I have spoken to ███ and to ████, who both were interviewed and they both said they have not had any conflict or interactions since the beginning of the school year. As I shared, I also spoke with my staff, who reported that there has been no concerns brought to their attention from ███ about ███, other than the earlier one in the year. I also contacted ███ grandmother to share the concerns about what was posted on Instagram, she was concerned as well and planned to address the issue with ███ (who has recently and reportedly not had access to Instagram, but may have shared her screen name with lots of other people). I also spoke with the Solon police officer who shared that "the unkind remarks" made on Instagram were not matters that the police could address.

You mentioned that all infractions are not treated fairly/consistently. I can assure you that Mr. Hatteberg and I both work really hard to be consistent in our responses to student issues. We have, especially, maintained consistency as it relates to social media concerns.

Based on the above information, the only thing the school can do at this time is to closely monitor ███ and ███ actions here at school, to make sure teachers are aware of a potential school issue that may require them to become more vigilant, and to make sure ███ sees a SMS staff member if any further issues occur or should matters escalate between her and ███

Respectfully,

Eugenia R. Green

to ███ parent, and my staff and based on my discussions with each, this is truly not a school issue.

2

## Steele, Angela

| | |
|---|---|
| **From:** | Laurel Kaiser <laurelkaiser@solonboe.org> |
| **Sent:** | Friday, November 13, 2015 3:16 PM |
| **To:** | Steele, Angela |
| **Subject:** | FW: ▇ |

-----Original Message-----
From: Michael Sullivan
Sent: Thursday, May 07, 2015 11:53 AM
To: Lucia M. Mack; Laurel Greene
Cc: Eugenia Green
Subject: RE: ▇

Hi Mrs. Mack,

I just stopped in to touch base with ▇ during Social Studies. There is a moving being played during class. ▇ said it was hard to focus on the movie. She is taking a break with me in the media center. She has slight headache, but she feels okay. She does not want to see the health aide.

She is going to science after a little break.  Also, I reminded ▇ that our protocol is for her to ask her teacher to take a break if she is feeling anxiety or an issue comes up. It is not a good idea to send you a text for a break, because we don't always have access to a computer to receive an email.  Fortunately, I was at my computer to read your email.

Thanks.
Mr. Sullivan

-----Original Message-----
From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
Sent: Thursday, May 07, 2015 11:11 AM
To: Michael Sullivan; Laurel Greene
Subject: ▇

Can you please check with ▇ ASAP. She's emailing me that she's doesn't feel safe and her head hurts. I believe this is anxiety and a conversation with redirect will help. Let me know

Thanks,
Lucia Mack
Gale Grau & Associates
Howard Hanna
▇ cell phone
440-248-7540 fax number
GaleGrau.com  for homes

Sent from my iPhone

1

PLEASE NOTE:  This email and any response to it is being archived for later retrieval and may constitute a public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

2

Motion to Dismiss
Exhibit 4

## Steele, Angela

| | |
|---|---|
| **From:** | Laurel Kaiser <laurelkaiser@solonboe.org> |
| **Sent:** | Friday, November 13, 2015 3:18 PM |
| **To:** | Steele, Angela |
| **Subject:** | FW: Re: |

This is the last one

**From:** Michael Sullivan
**Sent:** Friday, May 29, 2015 3:21 PM
**To:** Laurel Greene
**Subject:** RE: Re:

She was fine. She actually was pushing a boy in the hall. I told her not to.

**From:** Laurel Greene
**Sent:** Friday, May 29, 2015 3:03 PM
**To:** Michael Sullivan
**Subject:** Fwd: Re:

Hey Mike,

If you get this before the end of the day see messages below..

Mom wanted to know if you can check on █████████

Sent from my iPhone

Begin forwarded message:

> **From:** "Lucia M. Mack" <luciamack@howardhanna.com>
> **Date:** May 29, 2015 at 2:25:42 PM EDT
> **To:** Laurel Greene <LaurelGreene@solonboe.org>
> **Subject: Re:**
>
> Sure. I did ask the teachers but may have been too late in the day for anyone to get their emails;)
>
> Thanks,
> Lucia Mack
> Gale Grau & Associates
> Howard Hanna
> ████████ cell phone
> 440-248-7540 fax number
> GaleGrau.com for homes
>
> Sent from my iPhone

1

On May 29, 2015, at 2:24 PM, Laurel Greene <LaurelGreene@solonboe.org> wrote:

Hi Ms. mack,

Unfortunately I am off today, would you like me to ask Mike to check in with her?

Laurel

Sent from my iPhone

> On May 29, 2015, at 2:06 PM, Lucia M. Mack <luciamack@howardhanna.com> wrote:
>
> If you're in can you check with█████about handing in math and social studies work today
>
> Thanks,
> Lucia Mack
> Gale Grau & Associates
> Howard Hanna
> ████████cell phone
> 440-248-7540 fax number
> GaleGrau.com  for homes
>
> Sent from my iPhone

PLEASE NOTE:  This email and any response to it is being archived for later retrieval and may constitute a public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

PLEASE NOTE: This email and any response to it is being archived for later retrieval and may constitute a public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

2

Motion to Dismiss
Exhibit 4

## Steele, Angela

| | |
|---|---|
| **From:** | Laurel Greene <LaurelGreene@solonboe.org> |
| **Sent:** | Thursday, April 16, 2015 10:47 AM |
| **To:** | Steele, Angela |
| **Subject:** | FW: ▮ |

Hi Angela,

Could you please add this to ▮▮▮▮ file? Thank you!

---

**From:** Eugenia Green
**Sent:** Thursday, April 16, 2015 7:22 AM
**To:** Joe Regano
**Cc:** Scott Hatteberg; Michael Sullivan; Laurel Greene
**Subject:** ▮▮▮▮

Joe:

Just an FYI. Scott and I attempted to call you yesterday, but understood you were out of the office. We left a message with Karen.

Yesterday, my staff (Laurel Greene, Scott Hatteberg, Mike Sullivan) and I had arranged a meeting with Ms. Mack, parent of ▮▮▮ to discuss some recent concerns she had expressed. After an email from Ms. Mack with concerns, my security personnel searched the camera to find the incidents which were not quite as Ms. Mack had reported. Mike Sullivan, Laurel Greene, and I also met with ▮▮ to better understand what was happening and checking to make sure we had the right time frames since the report didn't line up with what we saw on camera. ▮▮ told us that the incidents were not any big deal and stated that she told her mom that they weren't a big deal and were probably accidents. After speaking with ▮▮, I asked Laurel, who has communicated with mom regarding the recent issues, to arrange a meeting with Ms. Mack and my staff to discuss her concerns, which Laurel did.

Ms. Mack agreed to come to the meeting and appeared yesterday with a gentleman, who was not formerly introduced to us as her attorney until I asked who he was. At that time, I explained that we could not hold the meeting as we did not have our attorney at the table. He understood and explained that he was representing Ms. Mack and ▮▮. He also requested that we immediately place ▮▮ on a 504 for the concussions that "she received at our school", until we can get testing done for an IEP (because her grades have declined) and the we address the bullying that is occurring. He left us with legal papers, which indicate that they are suing us, stated that you had also received the same documents, and left.

As Laurel Greene walked them to the door, she was told that they want us to refrain from interviewing, interrogating, or having any further discussions with ▮▮ regarding anything pertaining to this lawsuit.

Genie

PLEASE NOTE: This email and any response to it is being archived for later retrieval and may constitute a

1

public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

2

From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
Sent: Wednesday, March 18, 2015 4:15 PM
To: Eugenia Green
Cc: Scott Hatteberg; Michael Sullivan; Kelly Amstutz
Subject: Re: Email 2 of 2

I will not be dropping this issue Mrs Green. I believe you told ████ yesterday that ████ has already had a similar issue this year? So are we showing pattern? Also, from my knowledge ████ ████ was suspended for commenting on someone's picture calling a girl a "bitch" and was suspended. With no other instances? I'm very confused on the unequal treatment and showing multiple infractions with inappropriate discipline. Please let me know how I should proceed in the next 24 hours so I can file a formal complaint if need be? Thank you.

Thanks,
Lucia Mack
Gale Grau & Associates
Howard Hanna
████ cell phone
440-248-7540 fax number
GaleGrau.com  for homes


Sent from my iPhone

On Mar 18, 2015, at 11:17 AM, Eugenia Green
<EugeniaGreen@solonboe.org> wrote:

> Thank you for sharing that information. If school suspended students about cyberbullying, it was because school was directly connected in some way and there were things that occurred at school as well as on social media. Either the issue began at school and the follow up was on social media or vice versa.
>
> As I shared, I did ask ████ if there were any issues here at school. She said there was at beginning of the year, but nothing since then. She said that she has not had any issues so for her, this was out of nowhere. She also did not mention anything about anyone pushing her or being pushed into her. I remember the locker requests but was unaware that was connected to ████ I will, however, follow up with Mr. Hatteberg, my assistant, to make sure I haven't missed anything. I also am aware of the content of the Instagram posts and totally understand the concerns and the frustration.
>
> Eugenia

3

Motion to Dismiss
Exhibit 4

**From:** Lucia M. Mack
[mailto:luciamack@howardhanna.com]
**Sent:** Wednesday, March 18, 2015 11:01 AM
**To:** Eugenia Green
**Cc:** Scott Hatteberg; Michael Sullivan; Kelly Amstutz
**Subject:** Re: Email 2 of 2

I will be reporting to the police. I know other kids have been suspended in the past and ████ should be as well. She talked about physical body parts and the color of her skin. Absolutely unacceptable. And I'm sorry if I come across angry, but I'm very fed up. ████ doesn't like to stir the pot. But there have been issues. ████ pushed her in class and pushed another student into ████ locker and ████ had to asked to be moved so she doesn't get hit in the head again! Other people at the school are more than aware of these issues because they addressed them before with ████ It would be helpful if everyone was on the same page.

Thanks,
Lucia Mack
Gale Grau & Associates
Howard Hanna
████████ cell phone
440-248-7540 fax number
GaleGrau.com for homes

Sent from my iPhone

On Mar 18, 2015, at 10:21 AM, Eugenia Green
<EugeniaGreen@solonboe.org> wrote:

> Mrs. Mack:
>
> ████ and two of her peers saw me yesterday to express concerns about the Instagram issue with a specific student. I asked ████ what has occurred here at school.
> She shared that nothing has occurred with this student and this Instagram message came out of nowhere There hasn't been in conversation, action, or interaction between her and the student here at SMS.

4

As I shared with them, although the student(s) involved are SMS students, this is really an outside of school issue and that cyberbullying is against the law (a police matter!). ▓▓▓ shared that what upset her most is the fact that what the student wrote is public to everyone's view. I advised her to report any issues (big or small) that occur here at school; we can address and also gave her some strategies to use to keep this situation from escalating. I, too, feel for her because I know she feels "blindsighted" by this since there have been no other issues, because there's not much she feels she can do to control the comments.

I also shared that I am putting the parent/guardian on notice that there is an issue which she needs to address.

Because cyberbullying is a police matter, you can certainly exercise your right as a parent to notify them.

Please keep me posted on any further issues.

Respectfully,

Eugenia R. Green

From: Scott Hatteberg
Sent: Wednesday, March 18, 2015 8:47 AM
To: Michael Sullivan; Lucia M. Mack
Cc: Kelly Amstutz; Eugenia Green
Subject: RE: Email 2 of 2

I'm including Mrs. Green on this email as she spoke with ▓▓▓ yesterday. She told me she was going to follow up on this situation.

Scott Hatteberg
Assistant Principal
Solon Middle School

5

**From:** Michael Sullivan
**Sent:** Wednesday, March 18, 2015 8.39 AM
**To:** Lucia M. Mack
**Cc:** Scott Hatteberg; Kelly Amstutz
**Subject:** RE: Email 2 of 2

Hi,

Okay. I just went to speak with Mr. Hatteberg about the issue He is in meeting this morning I am sure he will contacting later on today.

Mr. Sullivan

**From:** Lucia M. Mack
[mailto:luciamack@howardhanna.com]
**Sent:** Wednesday, March 18, 2015 8:34 AM
**To:** Michael Sullivan
**Cc:** Scott Hatteberg; Kelly Amstutz
**Subject:** Re: Email 2 of 2

Please make sure he has both pictures I sent you. ███ has since deleted since the kids informed ███ yesterday at school.

Thanks,
Lucia Mack
Gale Grau & Associates
Howard Hanna
███████████ cell phone
440-248-7540 fax number
GaleGrau.com for homes

Sent from my iPhone

On Mar 18, 2015, at 8:29 AM, Michael Sullivan <michaelsullivan@solonboe.org> wrote:

Hi Mrs. Mack,

I am sorry ███ is dealing with this issue. I can say for a

6

fact when bullying incidents are reported, they are not tolerated by our administration. The key to stopping issues is to report them like you are doing today. I will inform Mr. Hatteberg of this incident. He will conducting an investigation. I will have him contact you as soon as possible.

Thanks.
Mr. Sullivan

From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
Sent: Wednesday, March 18, 2015 7:16 AM
To: Michael Sullivan
Subject: Fwd: Email 2 of 2

From: <luciamack@howardhanna.com>
Date: March 18, 2015 at 6:59:35 AM EDT
To: Kelly Amstutz <kellyamstutz@sol

7

Motion to Dismiss
Exhibit 4

onboe.
org>
**Subjec
t:
Email
2 of 2**

Hi
Kelly
This is
in
additio
n to
my
first
email.
This
was
regardi
ng
█████
too,
"the
first
one"
they
refer to
in the
comme
nts of
the
other
post. I
am
absolut
ely
sick.
Sitting
here
watchi
ng this
and
then
seeing
█████
████like
the pic
who is
the kid
slamm

8

ed her locker onto her head over a year ago and started this concussion nightmare. My family has been through hell trying to get ███ right. And the kids at school that habitually misbehave are continuing to be an issue. ███ and her friends last night private messaged each other "the biggest lie told

9

in school: bullying will not be tolerated". If that doesn't send a statement I don't know what does.

Thanks,

Lucia Mack Gale Grau & Associates Howard Hanna

cell phone 440-248-7540 fax number GaleGrau.com for homes

Sent

Motion to Dismiss
Exhibit 4

from
my
iPhone

PLEASE NOTE: This
email and any
response to it is being
archived for later
retrieval and may
constitute a public
record and therefore
may be made
available upon request
in accordance with
Ohio Public Records
law (ORC 149.43).

PLEASE NOTE: This email and any response to it is being archived for later retrieval and may constitute a public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

11

## Steele, Angela

**From:** Laurel Greene <LaurelGreene@solonboe.org>
**Sent:** Tuesday, March 31, 2015 10:49 AM
**To:** Steele, Angela
**Subject:** Fwd ▮▮▮▮
**Attachments:** image001.png; image002.png

This email is for the note on 3/25

Begin forwarded message:

> **From:** Laurel Greene <LaurelGreene@solonboe.org>
> **Date:** March 25, 2015 at 10:17:53 AM EDT
> **To:** Eugenia Green <EugeniaGreen@solonboe.org>, Scott Hatteberg <ScottHatteberg@solonboe.org>, Cari Root <cariroot@solonboe.org>, Kelly Amstutz <kellyamstutz@solonboe.org>
> **Cc:** Michael Sullivan <michaelsullivan@solonboe.org>
> **Subject:** ▮▮▮▮▮▮

Mike and I met with ▮▮▮ and her mom this morning to come up with a support plan for ▮▮▮ to transition back to school and feel safe. Yesterday her mom said she could not stop crying and refused to come to school. In the past the longer it has taken for her to come back the harder it is for her, the anticipation increases her anxiety level.

Today the goal was to just get her in the building. We were hopeful that once we got her here for a meeting with us, that we could allow her to feel comfortable to stay for the remainder of the day or part of it. After Mike and I talked with ▮▮▮, she is willing to stay at least through 4th period. This is a great step in the right direction.

The plan we discussed is:

- ▮▮▮ will check in after 2nd period with us in the guidance office
- ▮▮▮ will be allowed to take short breaks if she needs to during the day and see Mike or myself.
- ▮▮▮ will see her teachers during lunch today to make up work she has missed (this will also help avoid any issues occurring at lunch which can be a hard time to monitor what is being said to her)

- ▮▮▮ was offered be able to use alternative bathroom in the clinic/office if she needs to temporarily  (She said she did not feel she needed to do this).
- We also discussed if she needs to she can stay after class for a few minutes so she is not transitioning into the hallway as the same time as other students, but she said she would feel most comfortable transitioning at the same time. She identified a few students who she feels safe with that can walk with her to and from each class.
- We also offered the option of her changing seats in the classes she has with ▮▮▮, she said she would be fine staying in the seat she has, but would like these teachers to watch her <u>extra closely</u> (LA and Social Studies teachers).

1

- We discussed that if any incidences of teasing or targeting occur, that she will come to the office to report it right away.
- ███████ mom will be monitoring all of social media so it does not cause increased anxiety for her.

Please let me know if you have any questions/concerns.

Laurel


*Laurel Greene, MSW, LISW*
**S.A.Y. Counselor: Solon Middle School**
**Bellefaire JCB**
(440)349-7493 (office)
(216) 269-8597 (cell)
(440)-349-8034 (Fax)
LaurelGreene@solonboe.org

PLEASE NOTE: This email and any response to it is being archived for later retrieval and may constitute a public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

2

## Laurel Greene

| | |
|---|---|
| **From:** | Kelly Amstutz |
| **Sent:** | Thursday, November 20, 2014 12:20 PM |
| **To:** | Lucia M. Mack |
| **Cc:** | Laurel Greene |
| **Subject:** | RE: ▮▮▮ |

Ms. Mack,
Thank you for the additional information regarding ▮▮▮.  I'm hoping she finds the SH location change helpful so that she can better manage her academic work regarding balancing previous work and current work.

I'm going to ask that Laurel Greene, our SAY counselor from Bellefaire, follows up with ▮▮▮. She's recently spoken with 8th graders in Health classes regarding managing stress and healthy coping skills.  I believe that ▮▮▮ will find her to be a helpful resource.

I'm going to cc her on this e-mail so that you have your contact information.

Thank you for the contact so that we can continue to work together to help ▮▮▮ through this transitional time.

As always, should you have any additional questions or concerns, please feel free to contact me.

Kelly Amstutz
School Counselor
Solon Middle School

6835 SOM Center Rd | Solon, Ohio 44139
(440) 349-7406 | kellyamstutz@solonboe.org http://www.solonschools.org/sms


-----Original Message-----
From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
Sent: Tuesday, November 18, 2014 4:24 PM
To: Kelly Amstutz
Subject: Re: ▮▮▮

Hi!
Wanted to touch base. You can share with her teachers. ▮▮▮ is struggling, she puts on a good mask. I worry because she goes so up and down. She's in counseling. She has anxiety, depression and post traumatic stuff going on. Getting her to and from school is a feat in itself even though you may not see it. She is withdrawn. She thinks her friends hang out with her because they are forced to. She thinks she should do online schooling. She thinks she is going to get hit in the head at school. She's nervous and anxious. She feels overwhelmed. She cries at night about going to school in the morning. She cries in the morning and fights me for 1.5 hours before I get her there. This is draining on everyone but I know she will get through. If we can continue to push her to be engaged and get work done and just function in day to day activities that is the goal. She will most likely be medicated soon to get her over this hump because we are 2 months out and still trying to get her there. It's ok to talk to her about her feelings and encourage her. I have called in every resource I have...counseling, friends, family, coaches and we are just doing the best we can. Let me know if there is anything more concerning than what I'm seeing. Thanks for your continued support and help.

1

Thanks,
Lucia Mack
Howard Hanna
████████████ cell phone
440-248-7540 fax number
LuciaMack.com  for homes


Sent from my iPhone

> On Nov 3, 2014, at 12:18 PM, Kelly Amstutz <kellyamstutz@solonboe.org> wrote:
>
> Hi Ms. Mack,
> I would recommend using your parent access code to check her online grades through
Powerschool.  If you would like us to mail home another copy of the login information, please
let me know and we'll send that out today.
>
> Additionally, I'm going to follow-up with an e-mail to her teachers and cc you on that e-
mail just as a check signals to see where she's at right now in regards to her classwork.
>
> Kelly Amstutz
> School Counselor
> Solon Middle School
>
> 6835 SOM Center Rd | Solon, Ohio 44139
> (440) 349-7406 | kellyamstutz@solonboe.org
> http://www.solonschools.org/sms
>
>
>
> -----Original Message-----
> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
> Sent: Monday, November 03, 2014 9:42 AM
> To: Kelly Amstutz
> Subject: RE: ████████
>
> If she has a D or F in anything that would be way below average for her, can you check to
see if there are any other classes that we need to worry about?  I've told her A, B C's are
all acceptable in this scenario.
>
> Thanks,
> Lucia Mack
> Howard Hanna
> ████████████ cell
> 440-248-7540 fax
>
> _____
> From: Kelly Amstutz [kellyamstutz@solonboe.org]
> Sent: Monday, November 03, 2014 9:01 AM
> To: Lucia M. Mack
> Subject: RE: ████████
>
> I just spoke with her French teacher this morning.  Sounds like ██████ has a few more items
to make-up for 1st quarter.  Once those items are completed, she'll adjust her grade
accordingly in the online gradebook.  You should then see an updated quarter 1 grade print on
her report card at the end of 2nd quarter.
>

2

> Kelly ...stutz
> School Counselor
> Solon Middle School
>
> 6835 SOM Center Rd | Solon, Ohio 44139
> (440) 349-7406 | kellyamstutz@solonboe.org
> http://www.solonschools.org/sms
>
>
>
>
> -----Original Message-----
> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
> Sent: Wednesday, October 22, 2014 10:25 AM
> To: Kelly Amstutz
> Subject: RE: █████
>
> I know she has a lot of catching up to do but I really think she is going to need a
significant amount of help in French.  If that can be worked out that would be great
>
> Thanks,
> Lucia Mack
> Howard Hanna
> █████████ cell
> 440-248-7540 fax
>
> _____
> From: Kelly Amstutz [kellyamstutz@solonboe.org]
> Sent: Wednesday, October 22, 2014 9:56 AM
> To: Lucia M. Mack
> Subject: RE: █████
>
> No worries, █████ dropped off the paperwork today.  She has SH 1st period in place of
Industrial Tech as she said she'd prefer to avoid the noise of the classroom, so I went ahead
and adjusted her schedule today.  Therefore, the SH should provide her helpful time to get
caught up on her work.  The teachers are free during that time as well, so I encouraged █████
to schedule time with them if needed so that she can get any missing instructional
information during that time.
>
> Should you have any further questions or concerns, feel free to e-mail me.
>
> Kelly Amstutz
> School Counselor
> Solon Middle School
>
> 6835 SOM Center Rd | Solon, Ohio 44139
> (440) 349-7406 | kellyamstutz@solonboe.org
> http://www.solonschools.org/sms
>
>
>
> -----Original Message-----
> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
> Sent: Tuesday, October 21, 2014 4.29 PM
> To: Kelly Amstutz
> Subject: Re: █████
>
3

> I alre..y gave it to her whe.. she got home to make sure she .rings it
> tomorrow! Sorry we kept leaving it on the table. That's fine if needed
>
> Thanks,
> Lucia Mack
> Howard Hanna
> ▮▮▮▮▮▮▮ cell phone
> 440-248-7540 fax number
> LuciaMack.com  for homes
>
> Sent from my iPhone
>
>> On Oct 21, 2014, at 4:03 PM, Kelly Amstutz <kellyamstutz@solonboe.org> wrote:
>>
>> Hi Ms. Mack,
>> Wanted to follow-up to see if we could get updated paperwork regarding medical clearances
from ▮▮▮▮▮doctor. Would you mind dropping documentation off tomorrow so that we can
ensure what she is and isn't released to do academically (i.e. testing, etc) at this point?
>>
>> ▮▮▮▮ mentioned today that the noise from Industrial Tech would still be bothersome.
Based upon the results of the updated medical release paperwork, I'd be happy to adjust her
schedule if necessary and drop Ind. Tech and replace with a study hall if you agree as well.
This would give her time to focus on her make-up work as well as remove her from the noise of
the Ind. Tech class if needed.
>>
>> I'll wait to hear from you until we discuss any schedule changes.
>>
>> Kelly Amstutz
>> School Counselor
>> Solon Middle School
>>
>> 6835 SOM Center Rd | Solon, Ohio 44139
>> (440) 349-7406 | kellyamstutz@solonboe.org
>> http://www.solonschools.org/sms
>>
>>
>>
>>
>> -----Original Message-----
>> From: Kelly Amstutz
>> Sent: Wednesday, October 15, 2014 11:42 AM
>> To: 'Lucia M. Mack'
>> Subject: RE:▮▮▮▮▮
>>
>> That would be great. Thank you.
>>
>> Also, I just met with▮▮▮▮ to confirm her Powerschool login. We were able to login to
check her grades. Therefore, she should hopefully be able to access it tonight from home as
well.
>>
>> Kelly Amstutz
>> School Counselor
>> Solon Middle School
>>
>> 6835 SOM Center Rd | Solon, Ohio 44139
>> (440) 349-7406 | kellyamstutz@solonboe.org
>> http://www.solonschools.org/sms

4

>>
>>
>>
>>
>> -----Original Message-----
>> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
>> Sent: Wednesday, October 15, 2014 11:07 AM
>> To: Kelly Amstutz
>> Subject: RE: ▆▆▆
>>
>> She doesn't have a recheck until Friday to update her medical orders
>> as far as testing etc So I will bring it on Monday
>>
>> Thanks,
>> Lucia Mack
>> Howard Hanna
>> ▆▆▆▆▆▆▆ cell
>> 440-248-7540 fax
>>
>> _____
>> From: Kelly Amstutz [kellyamstutz@solonboe.org]
>> Sent: Wednesday, October 15, 2014 11:02 AM
>> To: Lucia M. Mack
>> Subject: RE: ▆▆▆
>>
>> I'll check with ▆▆▆ about her login, as her login information is simply her student
login to the network.  She might be accidentally trying to login with your information.  I'll
check in with her to clarify.
>>
>> Would you please drop off updated dr orders to Nancy Thistlethwaite in guidance so that we
know specifically what she is medically cleared to do (testing, computers, etc)?
>>
>> Kelly Amstutz
>> School Counselor
>> Solon Middle School
>>
>> 6835 SOM Center Rd | Solon, Ohio 44139
>> (440) 349-7406 | kellyamstutz@solonboe.org
>> http://www.solonschools.org/sms
>>
>>
>>
>> -----Original Message-----
>> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
>> Sent: Wednesday, October 15, 2014 10:59 AM
>> To: Kelly Amstutz
>> Subject: ▆▆▆
>>
>> Hi
>> ▆▆▆ will be back full days tomorrow.  Except the next two weeks she has therapy in Akron
Monday and Thursdays at 830 so she will be back to school around 10-1030 those days.  The
student login link on the sms website takes her to parent login and doesn't work, which is
causing her trouble on doing homework?
>>
>>
>> Thanks,
>> Lucia Mack

5

Motion to Dismiss
Exhibit 4

\>\> Howard Hanna
\>\> �as██████ cell
\>\> 440-248-7540 fax
\>\>
\>\>
\>\> PLEASE NOTE:  This email and any response to it is being archived for later retrieval and may constitute a public record and therefore may be made available upon request in accordance with Ohio Public Records law (ORC 149.43).

6

## Laurel Greene

| | |
|---|---|
| **From:** | Lucia M. Mack [luciamack@howardhanna.com] |
| **Sent:** | Thursday, November 20, 2014 12:24 PM |
| **To:** | Kelly Amstutz |
| **Cc:** | Laurel Greene |
| **Subject:** | Re: ███ |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thank you. I appreciate your continued help. This morning was the first morning that she was not really mean, so I'm hoping we are starting an up swing!!!!

Thanks,
Lucia Mack
Howard Hanna
███████ cell phone
440-248-7540 fax number
LuciaMack.com for homes


Sent from my iPhone

> On Nov 20, 2014, at 12:23 PM, Kelly Amstutz <kellyamstutz@solonboe.org> wrote:
>
> Ms. Mack,
> Thank you for the additional information regarding ███. I'm hoping she finds the SH location change helpful so that she can better manage her academic work regarding balancing previous work and current work.
>
> I'm going to ask that Laurel Greene, our SAY counselor from Bellefaire, follows up with ██████ She's recently spoken with 8th graders in Health classes regarding managing stress and healthy coping skills. I believe that █████ will find her to be a helpful resource.
>
> I'm going to cc her on this e-mail so that you have your contact information.
>
> Thank you for the contact so that we can continue to work together to help █████ through this transitional time.
>
> As always, should you have any additional questions or concerns, please feel free to contact me.
>
> Kelly Amstutz
> School Counselor
> Solon Middle School
>
> 6835 SOM Center Rd | Solon, Ohio 44139
> (440) 349-7406 | kellyamstutz@solonboe.org
> http://www.solonschools.org/sms
>
>
> -----Original Message-----
> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
> Sent: Tuesday, November 18, 2014 4:24 PM
> To: Kelly Amstutz

1

> Subject: Re: ████

>

> Hi!

> Wanted to touch base. You can share with her teachers. ████ is struggling, she puts on a good mask. I worry because she goes so up and down. She's in counseling. She has anxiety, depression and post traumatic stuff going on. Getting her to and from school is a feat in itself even though you may not see it. She is withdrawn. She thinks her friends hang out with her because they are forced to. She thinks she should do online schooling. She thinks she is going to get hit in the head at school. She's nervous and anxious. She feels overwhelmed. She cries at night about going to school in the morning. She cries in the morning and fights me for 1.5 hours before I get her there. This is draining on everyone but I know she will get through. If we can continue to push her to be engaged and get work done and just function in day to day activities that is the goal. She will most likely be medicated soon to get her over this hump because we are 2 months out and still trying to get her there. It's ok to talk to her about her feelings and encourage her. I have called in every resource I have...counseling, friends, family, coaches and we are just doing the best we can. Let me know if there is anything more concerning than what I'm seeing. Thanks for your continued support and help.

>

> Thanks,

> Lucia Mack

> Howard Hanna

> ████████ cell phone

> 440-248-7540 fax number

> LuciaMack.com  for homes

>

>

> Sent from my iPhone

>

>> On Nov 3, 2014, at 12:18 PM, Kelly Amstutz <kellyamstutz@solonboe.org> wrote:

>>

>> Hi Ms. Mack,

>> I would recommend using your parent access code to check her online grades through Powerschool.  If you would like us to mail home another copy of the login information, please let me know and we'll send that out today.

>>

>> Additionally, I'm going to follow-up with an e-mail to her teachers and cc you on that e-mail just as a check signals to see where she's at right now in regards to her classwork.

>>

>> Kelly Amstutz

>> School Counselor

>> Solon Middle School

>>

>> 6835 SOM Center Rd | Solon, Ohio 44139

>> (440) 349-7406 | kellyamstutz@solonboe.org

>> http://www.solonschools.org/sms

>>

>>

>>

>> -----Original Message-----

>> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]

>> Sent: Monday, November 03, 2014 9:42 AM

>> To: Kelly Amstutz

>> Subject: RE: ████

>>

2

>> If she has a D or F in any..ing that would be way below ave.age for her, can you check to
see if there are any other classes that we need to worry about? I've told her A, B C's are
all acceptable in this scenario.
>>
>> Thanks,
>> Lucia Mack
>> Howard Hanna
>> ████████ cell
>> 440-248-7540 fax
>>
>> _____
>> From: Kelly Amstutz [kellyamstutz@solonboe.org]
>> Sent: Monday, November 03, 2014 9:01 AM
>> To: Lucia M. Mack
>> Subject: RE: ████
>>
>> I just spoke with her French teacher this morning. Sounds like ████ has a few more items
to make-up for 1st quarter. Once those items are completed, she'll adjust her grade
accordingly in the online gradebook. You should then see an updated quarter 1 grade print on
her report card at the end of 2nd quarter.
>>
>> Kelly Amstutz
>> School Counselor
>> Solon Middle School
>>
>> 6835 SOM Center Rd | Solon, Ohio 44139
>> (440) 349-7406 | kellyamstutz@solonboe.org
>> http://www.solonschools.org/sms
>>
>>
>>
>>
>> -----Original Message-----
>> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
>> Sent: Wednesday, October 22, 2014 10:25 AM
>> To: Kelly Amstutz
>> Subject: RE: ████
>>
>> I know she has a lot of catching up to do but I really think she is going to need a
significant amount of help in French. If that can be worked out that would be great.
>>
>> Thanks,
>> Lucia Mack
>> Howard Hanna
>> ████████ cell
>> 440-248-7540 fax
>>
>> _____
>> From: Kelly Amstutz [kellyamstutz@solonboe.org]
>> Sent: Wednesday, October 22, 2014 9:56 AM
>> To: Lucia M. Mack
>> Subject: RE: ████
>>
>> No worries, ████ dropped off the paperwork today. She has SH 1st period in place of
Industrial Tech as she said she'd prefer to avoid the noise of the classroom, so I went ahead
and adjusted her schedule today. Therefore, the SH should provide her helpful time to get
caught up on her work. The teachers are free during that time as well, so I encouraged ████

3

to schedule time with them if needed so that she can get any missing instructional information during that time.
>>
>> Should you have any further questions or concerns, feel free to e-mail me.
>>
>> Kelly Amstutz
>> School Counselor
>> Solon Middle School
>>
>> 6835 SOM Center Rd | Solon, Ohio 44139
>> (440) 349-7406 | kellyamstutz@solonboe.org
>> http://www.solonschools.org/sms
>>
>>
>>
>> -----Original Message-----
>> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
>> Sent: Tuesday, October 21, 2014 4:29 PM
>> To: Kelly Amstutz
>> Subject: Re: ██████
>>
>> I already gave it to her when she got home to make sure she brings it
>> tomorrow! Sorry we kept leaving it on the table. That's fine if
>> needed
>>
>> Thanks,
>> Lucia Mack
>> Howard Hanna
>> ██████████  cell phone
>> 440-248-7540 fax number
>> LuciaMack.com  for homes
>>
>> Sent from my iPhone
>>
>>> On Oct 21, 2014, at 4:03 PM, Kelly Amstutz <kellyamstutz@solonboe.org> wrote:
>>>
>>> Hi Ms. Mack,
>>> Wanted to follow-up to see if we could get updated paperwork regarding medical clearances from ██████ doctor. Would you mind dropping documentation off tomorrow so that we can ensure what she is and isn't released to do academically (i.e. testing, etc) at this point?
>>>
>>> ██████ mentioned today that the noise from Industrial Tech would still be bothersome. Based upon the results of the updated medical release paperwork, I'd be happy to adjust her schedule if necessary and drop Ind. Tech and replace with a study hall if you agree as well. This would give her time to focus on her make-up work as well as remove her from the noise of the Ind. Tech class if needed.
>>>
>>> I'll wait to hear from you until we discuss any schedule changes.
>>>
>>> Kelly Amstutz
>>> School Counselor
>>> Solon Middle School
>>>
>>> 6835 SOM Center Rd | Solon, Ohio 44139
>>> (440) 349-7406 | kellyamstutz@solonboe.org
>>> http://www.solonschools.org/sms
>>>

4

>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Kelly Amstutz
>>> Sent: Wednesday, October 15, 2014 11:42 AM
>>> To: 'Lucia M. Mack'
>>> Subject: RE: ████
>>>
>>> That would be great.  Thank you.
>>>
>>> Also, I just met with ████ to confirm her Powerschool login.  We were able to login to check her grades.  Therefore, she should hopefully be able to access it tonight from home as well.
>>>
>>> Kelly Amstutz
>>> School Counselor
>>> Solon Middle School
>>>
>>> 6835 SOM Center Rd | Solon, Ohio 44139
>>> (440) 349-7406 | kellyamstutz@solonboe.org
>>> http://www.solonschools.org/sms
>>>
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
>>> Sent: Wednesday, October 15, 2014 11:07 AM
>>> To: Kelly Amstutz
>>> Subject: RE: ████
>>>
>>> She doesn't have a recheck until Friday to update her medical orders
>>> as far as testing etc So I will bring it on Monday
>>>
>>> Thanks,
>>> Lucia Mack
>>> Howard Hanna
>>> ████████ cell
>>> 440-248-7540 fax
>>>
>>> _____
>>> From: Kelly Amstutz [kellyamstutz@solonboe.org]
>>> Sent: Wednesday, October 15, 2014 11:02 AM
>>> To: Lucia M. Mack
>>> Subject: RE: ████
>>>
>>> I'll check with ████ about her login, as her login information is simply her student login to the network.  She might be accidentally trying to login with your information.  I'll check in with her to clarify.
>>>
>>> Would you please drop off updated dr orders to Nancy Thistlethwaite in guidance so that we know specifically what she is medically cleared to do (testing, computers, etc)?
>>>
>>> Kelly Amstutz
>>> School Counselor
>>> Solon Middle School

5

Motion to Dismiss
Exhibit 4

```
>>>
>>> 6835 SOM Center Rd | Solon, Ohio 44139
>>> (440) 349-7406 | kellyamstutz@solonboe.org
>>> http://www.solonschools.org/sms
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Lucia M. Mack [mailto:luciamack@howardhanna.com]
>>> Sent: Wednesday, October 15, 2014 10:59 AM
>>> To: Kelly Amstutz
>>> Subject: ███
>>>
>>> Hi
>>> ███ will be back full days tomorrow.  Except the next two weeks she has therapy in
Akron Monday and Thursdays at 830 so she will be back to school around 10-1030 those days.
The student login link on the sms website takes her to parent login and doesn't work, which
is causing her trouble on doing homework?
>>>
>>>
>>> Thanks,
>>> Lucia Mack
>>> Howard Hanna
>>> ███ cell
>>> 440-248-7540 fax
>>>
>>>
>>> PLEASE NOTE:  This email and any response to it is being archived for later retrieval and
may constitute a public record and therefore may be made available upon request in accordance
with Ohio Public Records law (ORC 149.43).
```

6