**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth  - School Based Prevention Program**
**ECHO Intake Screens**

### Screen 1

Intake Date: 4/21/15       Initial Contact Date: 11.25.14

Last Name: ███ ██       First Name: ███ ██ (███)

Street Address: ██ ██ ████████████

City: ████ ███       State: █       Zip: ████ █

Home Phone: ███ ██ ██ █       Cell Phone: ___—___       Email: _____

Reason for Referral : referred by Kelly Amstutz, school guidance
Counselor due to concerns related to anxiety and
the impact ████ anxiety has had on school functioning

### Screen 2

Referral Source: Kelly Amstutz Sms Guidance Counselor

Emergency Contact: Linda Mack

Relationship: ☐ Legal Guardian ☑ Parent ☐ Other: _____

Phone: ████████████

### Screen 3

Date of Birth: ██ █ █ █       Race: ████ ████ ████

Gender: █ ███       Religion: ████ ███

School: Solon Middle School       Grade: █

Education Type: ☑ Regular ☐ Learning Disabled ☐ SBH ☐ Other _____

_Signature_
SAY Worker Signature                                    4/21/15
                                                        Date

Solon Middle
Location

August 2013