**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth - School Based Prevention Program**
**Initial Screening**

Student Name: ▮▮▮▮▮▮▮▮▮▮ DOB: 10/16/00

School: Solon Middle  Person Referring: Guidence Counselor Kelly Amstutz

Screening information obtained from (check all that apply):
☑ Student ☑ Parent (s) ☐ Guardian (s) ☐ Foster Family ☑ School Personnel ☐ Service Provider
☐ Other _____ ☐ Other: _____ ☐ Other: _____

**I. Reason for referral**

Student was referred by Guidance Counselor Kelly Amstutz due to concerns related to anxiety. ▮▮▮▮ anxiety has interfered with her school attendance - student has missed days of school and has had trouble coming to school in the mornings.

**II. Presenting Problems**

Student ▮▮▮▮▮▮ began to experience an increase in anxiety following various concussions she received. This history of concussions is believed to have started the previous year when another student hit her head into a locker. This student stated he did not intend to harm her. ▮▮▮ is actively involved in volleyball outside of school and suffered an additional concussion after being hit in the head with a ball at a game. ▮▮▮▮ states her anxiety is surrounding missing so much school due to this most recent injury, anxiety, making up work, and fear of getting hit in the head again. ▮▮▮ also reports having anxiety about other things such as her brothers and says she experiences panic attacks "sometimes". ▮▮▮▮ parents are separated and she spends most weekends at her dad's house, and weekdays at her moms. Most recently ▮▮▮▮ has also experienced anxiety/stress related to girls saying mean →

**III. Student's statement of service needs and preferences (could include class times available)**

Student would like to "feel better" by not having so much anxiety. She would like to return to normal activities at school and be able to play volleyball again without worrying about getting hit in the head. ▮▮▮▮ would like to be able to take breaks when needed if she is starting to feel anxious at school.

**IV. Family/Guardian statement of service needs and preferences**

▮▮▮▮ mother states she would like her daughter to have a safe place to go at school to be able to report it anyone is bothering her, but also a quiet place she can take breaks if needed for her anxiety. ▮▮▮▮ mom reports ▮▮▮▮ is taking medicine to control symptoms of anxiety and continues to see an outside provider to get counseling related to recent increase in anxiety and issues faced in an out of

(margin note, left side, rotated) ▮▮▮▮ about having panic

Page 1 of 2

**SAY- Social Advocates For Youth  - School Based Prevention Program**
**Initial Screening**

---

| V.  Current student/family involvement with other service providers ☐ N/A, student/family not involved with other provider |
|---|

*Counseling  1x per week*
*psychiatry –  1x per month min*

---

**VI.  Service Needs Identified**

☑ Crisis Intervention          ☑ Coping Skills          ☐ Aftercare/re-entry
☐ Substance Abuse Concerns     ☐ Violence Prevention    ☐ Group
☑ Social Skills                ☑ Relationship Issues    ☑ Coordination of services
☑ Referral to Outside Provider ☑ Conflict Resolution    ☑ Consultation

☐ Other: _____

**VII.  Prevention Targets**

☑ Increased Protective Factors     ☐ Increased Resistance Skills     ☐ Increased Perception of Harm with Use

☐ Abstinence for period of time    ☐ Other: _____

SAY Worker Signature                                        4/21/15
                                                            Date

August 2013