STATE OF OHIO )
) SS: **AFFIDAVIT**
COUNTY OF SUMMIT )

Daniel R. Bache, Esq., being first duly sworn, deposes and says:

1. Affiant is Daniel R. Bache, Esq. (# 0086045)

2. That Affiant's office is located at 270 S. Cleveland Massillon Rd., Suite B, Fairlawn, OH 44333;

3. That Affiant represented Lucia Mack in the defense of Solon City School District's due process complaint case no.: SE 3156-2015 and Ms. Mack's counter filing of due process complaint case no.: SE 3168-2015;

4. That attorney Jason D. Wallace (# 0090167) initiated the complaint for SE 3168-2015, on or about August 24, 2014, after diligently reviewing documents and information provided by the client and what little information was provided by the District;

5. That on or about January 6, 2015, attorney Wallace provided formal written notice of his withdrawal from the SE 3168-2015 matter in the form of a "NOTICE";

6. The January 6, 2016 Notice is attached hereto as Exhibit 1;

7. That attorney Wallace no longer participated in the litigating of the SE 3168-2015 matter;

8. That Affiant proceeded to run the administrative due process hearings in SE 3156-2015/SE 3168-2015 with the knowledge gained through diligent review that Solon City School District had determined K.M. needed a Section 504 plan and to evaluate her for an Individualized Education Plan ("IEP") and to provide her academic supports, then refused to follow through, thus violating Individuals with Disabilities Act and Section 504, as

shown in the Service Documentation completed by Ms. Laurel Greene, LSW on April 21, 2015;

9. The April 21, 2015 Service Documentation is attached hereto as Exhibit 2;

10. That on or about June 13, 2016, Affiant filed a Notice of Appeal or SE 3168-2015/SE 3156-2015, to the Ohio Department of Education, Bernadette Laughlin;

11. That attorney Kathryn Perrico was aware of and acknowledged attorney Wallace's withdraw in an email dated Thursday, June 16, 2016, that Perrico sent to Affiant and Bernadette Laughlin at the Ohio Department of Education ("ODE");

12. The June 16, 2016 email is attached hereto as Exhibit 3;

13. That Affiant inadvertently left attorney Wallace's name in the boilerplate signature line on motions Affiant filed with State Level Review Officer Monica Bohlen ("SLRO Bohlen);

14. That when it was brought to Affiant's attention attorney Wallace was in the signature, Affiant promptly changed the signature to reflect his sole representation of the client;

15. That SLRO Bohlen was notified by the ODE attorney Wallace had previously withdrawn from the SE 3168-2015/Se 3156-2015 matters which she acknowledged and shared with Affiant and attorneys Wallace and Perrico in an email dated Wednesday, July 6, 2016;

16. The July 6, 2016 email is attached hereto as Exhibit 4;

17. That SLRO Bohlen further acknowledged Mr. Wallace was not on the SE 3168-2015/SE 3156-2015 matters in an email dated Tuesday, August 23, 2016;

18. The August 23, 2016 email is attached hereto as Exhibit 5;

**FURTHER AFFIANT SAYETH NAUGHT.**

Daniel R. Bache, Esq.

SWORN TO before me and subscribed in my presence this January 25, 2017.

NOTARY PUBLIC

JASON D. WALLACE
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

3