STATE OF OHIO
DEPARTMENT OF EDUCATION
OFFICE OF EXCEPTIONAL CHILDREN

| | | |
|---|---|---|
| IN THE MATTER OF | : | IMPARTIAL HEARING OFFICER |
| DUE PROCESS COMPLAINT OF: | | ANNE PIERO SILAGY |
| LUCIA MACK on behalf of KIANA MACK | : | |
| Petitioner | | |
| v. | : | CASE NO.: SE 3168-2015 |
| | | AND |
| SOLON CITY SCHOOL DISTRICT | : | CASE NO.: SE 3156-2015 |
| BOARD OF EDUCATION | | |
| Respondent | : | |
| And | : | |
| SOLON CITY SCHOOL DISTRICT | : | |
| BOARD OF EDUCATION | | **NOTICE** |
| Petitioner | : | |
| v. | | |
| | : | |
| KIANA MACK | | |
| Respondent | | |

Now comes Undersigned Counsel who submits this Notice.

1

Motion to Dismiss Affidavit of Daniel R. Bache
Exhibit 1

1. There was not sufficient time provided to Undersigned Counsel to submit a proper Notice to the Hearing Officer's Order of 1:45pm, January 6th, 2015.[1]

2. Without being afforded the opportunity to secure any records, it is Undersigned Counsel's belief that the Hearing that prevented him from attending the above captioned matter was scheduled in late December of 2015, the exact date is unknown.

3. Undersigned Counsel filed a Motion to Continue the Common Pleas matter that prevented his attendance at the above captioned matter in late December of 2015.

4. Despite this Hearing Officer indicating that they could not reach Undersigned Counsel today for the telephonic conference scheduled last night for today at 10am, Undersigned Counsel did attempt to participate in the telephonic conference on time and even left a voicemail and email showing such.[2]

5. It is Undersigned Counsel's belief that Attorney Bache had other matters scheduled for today, which information about these matters cannot be provided due to the lack of time given to ascertain such information.

6. Undersigned Counsel had the following hearings scheduled in addition to the previous Order provided to the Hearing Officer:

---

[1] This is despite the Hearing Officer receiving an Order from a Common Pleas Court indicated that Undersigned Counsel must be available and prepared to go forward for a hearing today, being told it could last several hours, and refusing to allow Undersigned Counsel to speak so that he could clarify any "Orders."

[2] Undersigned Counsel informed this Hearing Officer that he was not available to participate at the telephonic conference in a timely manner and she refused to reschedule the conference despite the time being inconvenient to the parent of the child in dispute.

2

     a.  CR-2015-10-3295A

     b.  CR-2013-02-0502

     c.  CR-2013-06-1602

     d.  CR-2013-10-2938

7. Attorney Bache was intending to cover all of Undersigned Counsel's hearings, with proper consent from clients, he ended up covering three out of four of the hearings mentioned above.

8. Attorney Bache was never intending on being present at the first day of the Due Process Hearing on January 6th, 2015.

9. Ms. Mack no longer consents to any Orders being sent via email as they have only served to prejudice her counsel's ability to have an appropriate amount of time to respond to such Orders.

10. Ms. Mack objects to vacating the previously scheduled hearing date of January 7th, 2015 for the reasons provided by the School District.

11. Ms. Mack does not waive any of her previous objections and asserts a new objection to all Orders issued to date by this Hearing Officer that are inconsistent with the Ohio Administrative Code.

12. Undersigned Counsel provides notice that he is withdrawing from this matter because he feels it is in the best interests for his client and that his continued

3

representation may bias Ms. Mack due to the previously raised perception of conflict or bias.

13. Attorney Bache will continue to represent Ms. Mack and we will continue to look for replacement counsel, so as of today, there is no need to reschedule any hearing dates.

Respectfully submitted,

**RODERICK LINTON BELFANCE LLP**

/s/  Jason D. Wallace
Daniel R. Bache, #0086045
Jason D. Wallace, #0090167
50 S. Main Street, 10th Floor
Akron, OH 44308
Office: 3304343000
Fax:    3303153385
dbache@rlbllp.com
jwallace@rlbllp.com
*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was sent via email to Kathy Perrico, Counsel for the Respondent, on this 6th day of January 2015.

**RODERICK LINTON BELFANCE LLP**

/s/ Jason D. Wallace
Daniel R. Bache, #0086045
50 S. Main Street, 10th Floor
 Akron, OH 44308

4

Motion to Dismiss Affidavit of Daniel R. Bache
Exhibit 1

Office: 3303153369
Fax:    3303153385
dbache@rlbllp.com
*Attorney for Petitioners*

5

Motion to Dismiss Affidavit of Daniel R. Bache
Exhibit 1