**Bellefaire Jewish Children's Bureau**
**SAY- Social Advocates For Youth – School Based Prevention Program**
**Service Documentation (RU 650)**

| Date of Service: 4.21.2015 | Location:  Solon Middle School |
|---|---|

| Staff Name & Credentials:  Laurel Greene, MSW LISW |
|---|

| Start Time: 03:45 PM | End Time: 05:20 PM | Total Time:  1 58  UNITS |
|---|---|---|

**Student Name** (list for all F:F or telephone contacts): ▮▮▮▮▮▮

### Service Contact Type

| | | |
|---|---|---|
| ☒ F:F with Student | ☐ Telephone with Student | ☐ Group |
| ☐ F:F with Parent/Guardian | ☐ Telephone with Parent/Guardian | Group Name & Session: |
| ☐ F:F Teacher | ☐ Telephone Teacher | Number in Group. |
| ☒ F.F Counselor | ☐ Telephone Counselor | |
| ☒ F.F: Other: school psych, assistant principal, principal, Solon attornies | ☐ Telephone: Other. | |
| | ☐ Professional Training/Development | |
| | ☐ Email (see attached) | |

### Prevention Service Provided

| | | |
|---|---|---|
| ☐ Information Dissemination (A0610) | ☐ Community Based Process (A0630) | ☒ Problem Identification and Referral (A0650) |
| ☐ Education (A0620) | ☐ Environmental (A0640) | ☐ Alternatives (A0660) |

### Session Goals

| | | |
|---|---|---|
| ☒ Increase School Success | ☐ Prevent Criminal Activity | ☐ Learn and Practice New/Healthy Problem Solving Skills |
| ☐ Prevent Drug & Alcohol Abuse | ☒ Learn and Practice New/Healthy Coping Skills | ☐ Learn and Practice New/Healthy Communication Skills |
| ☐ Prevent Suicide | ☐ Learn and Practice New/Healthy Anger Management Skills | ☐ Other: |
| ☐ Prevent Violence | ☐ Other: | |

### Summary of Session, Activities/Topics/Interventions

Met with principal, assistant principal, Guidance Counselors, School Phycologists, and Solon District Attorneys to discuss legal concerns related to ▮▮▮▮▮ Reviewed support services provided as well as specific interactions had with mom and ▮▮▮ to address mother's concerns over the past 2 years. Discussed the need for a formal I.E.P evaluation to determine if ▮▮▮ meets the criteria for additional supports  A 504 plan will be put in place until testing is complete. Provided information surrounding frequency of meetings with ▮▮▮ s well as what support was given to address school related anxiety and bullying  Discussed how school can continue to support ▮▮▮ during this process.

### Follow-Up Plan   ☐ N/A, No further contact planned/needed at this time

| | |
|---|---|
| ☐ Meet with student by: | ☒ Meet on an as needed basis as initiated by student |
| ☐ Refer Student to/for: | ☐ Contact parent |
| ☐ Continue Group | ☐ Coordinate services |
| ☐ Other: | ☐ Other. |

My signature verifies that the service occurred as documented on this progress note  I authorize Bellefaire JCB to bill for the time documented as "billable" above

| | | |
|---|---|---|
| *[signature]* | LSW | 5.11.15. |
| SAY Worker Signature | Credentials | Date |

December 2013

Motion to Dismiss Affidavit of Daniel R. Bache
Exhibit 2