## Daniel Bache

| | |
|---|---|
| **From:** | Kathryn Perrico <kperrico@walterhav.com> |
| **Sent:** | Thursday, June 16, 2016 3:53 PM |
| **To:** | 'bernadette.laughlin@education.ohio.gov' |
| **Cc:** | 'dan@gethelpohio.com' |
| **Subject:** | RE: SLRO Appointment |

Hi~

I've copied Dan since Jason withdrew from this matter, and will forward him the original email.  Can you make sure SLRO Bohlen knows please?

~Kathy

---

**From:** bernadette.laughlin@education.ohio.gov [mailto:bernadette.laughlin@education.ohio.gov]
**Sent:** Thursday, June 16, 2016 3:40 PM
**To:** 'Jason D. Wallace'; Kathryn Perrico
**Subject:** SLRO Appointment

**Bernadette Laughlin, M.A., Esq.**
*Due Process Coordinator*
Office For Exceptional Children

25 South Front Street | Columbus, Ohio 43215-4183
(614) 752-7406|(877) 644-6338
bernadette.laughlin@education.ohio.gov
education.ohio.gov



**NOTICE:** This electronic mail from Bernadette Laughlin, and any and all included attachments, may contain information that is personally identifiable, confidential and/or exempt from disclosure without prior consent under applicable law.  This transmission is intended solely for the individual(s) or entity(ies) as designated above.  If you are not an intended recipient or an agent of an intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, copying or taking of any action in reliance on the contents of the information contained in this message is strictly prohibited.   If you have received this electronic mail in error, please immediately notify the sender and destroy all copies of this communication.

**PLEASE NOTE:**   This message and any response to it may constitute a public record, and therefore may be made available upon request in accordance with Ohio public records law. (ORC 149.43).  In the event that this communication is subject to a public records request, all information will be reviewed and personally identifiable information will be removed pursuant to the Family Educational Rights and Privacy Act.

**Disclaimer for Technical Assistance to Individuals:**

This information is being provided to you as technical assistance.  The information is being provided in accordance with a review of the applicable rules and in the context of the specific facts that you have presented and the questions that you have asked.  The information provided is not legal advice and does not replace the conflict resolution tools available to parents, local educational agencies and other stakeholders under the Individuals with Disabilities Education Improvement Act (IDEA) and the *Ohio Operating Standards for the Education of Children with Disabilities.*