## Daniel Bache

| | |
|---|---|
| **From:** | Monica Bohlen <monicarbohlen@gmail.com> |
| **Sent:** | Wednesday, July 6, 2016 5:31 PM |
| **To:** | Daniel Bache; Kathryn Perrico; Jason Wallace |
| **Subject:** | SE 3156-2015 and 3168-2015 |
| **Attachments:** | Order on Pending Motions.pdf; Order Extending Time.pdf |

Dear counsel,

Attached are copies of the Order on Pending Motions and Order Extending Time issued today.

Also, Mr. Bache, your filed documents indicate that Jason Wallace is co-counsel and also contain your old email address as well. Based on that information I forwarded this to Mr. Wallace, even though I was advised by ODE on June 17 that Mr. Wallace has withdrawn from this matter.

Please advise.

*Monica*

**Monica R. Bohlen**
**(513) 324-3954**

This e-mail is intended for the use of the addressee(s) only and may contain privileged, confidential, or proprietary information that is exempt from disclosure under law. If you have received this e-mail in error, please inform me immediately by reply e-mail, then delete the e-mail with any attachments and destroy any printed copies. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

5:16-cv-02847-SL

Motion to Dismiss Affidavit of Daniel R. Bache
Exhibit 4