## Daniel Bache

| | |
|---|---|
| **From:** | Monica Bohlen <monicarbohlen@gmail.com> |
| **Sent:** | Tuesday, August 23, 2016 2:53 PM |
| **To:** | Daniel Bache; Kathryn Perrico |
| **Subject:** | SE 3156-2015 and SE 3168-2015 |
| **Attachments:** | Second Order Extending Time.Amd.pdf |

Dear counsel,

Attached is a copy of my Amended Second Order Extending Time. Please note the new dates.

I have dropped Mr. Wallace as a party to this state level review based on the recent filing and e-mail from Mr. Bache that did not include Mr. Wallace, and prior correspondence seeking to clarify Mr. Wallace's status here.

Regards,


*Monica*

**Monica R. Bohlen**
**(513) 324-3954**

This e-mail is intended for the use of the addressee(s) only and may contain privileged, confidential, or proprietary information that is exempt from disclosure under law. If you have received this e-mail in error, please inform me immediately by reply e-mail, then delete the e-mail with any attachments and destroy any printed copies. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

5:16-cv-02847

Motion to Dismiss Affidavit of Daniel R. Bache
Exhibit 5