

**RODERICK LINTON**
**BELFANCE** LLP

*Attorneys at Law*



FOUNDED 1885

JASON D. WALLACE
E-MAIL: JWALLACE@RLBLLP

April 14, 2015

Joseph V. Regano
Superintendent
Solon City Schools
33800 Inwood Road
Solon, Ohio 44139

Re:                nd future litigation

Dear Mr. Regano,

My firm was recently retained by                regarding matters at Solon City Schools and her child,        . These actions can no longer be tolerated and this letter is written to inform you of upcoming litigation.

received a concussion at your institution at the hands of another student and the administration attempted to hide the true nature of this event from her parents. Now,        has had two other concussions and she is having a difficult time academically, emotionally, and physically. She is not the same young woman she was prior to that first concussion and your institution has done nothing to help her.

Further,        has been subjected to unwanted bullying, intimidation, and harassment and has indicated such to the administration. However, the administration has yet again done nothing to help her despite her being a student with a disability now and the bullying involving her race.

Additionally, we ask that you:

1. Initiate an expedited ETR or MFE and implement a 504 plan immediately to provide the proper protections and accommodations she needs. The District should have more than enough documentation regarding her medical conditions from her physicians to get a 504 plan done immediately. The same documentation and a comparison of her grades and attendance from before and after the initial concussion should be more than enough for a team to decide to test her for an IEP.

*Excellence is our tradition.*

AKRON • MEDINA

rlbllp.com

50 South Main Street, 10th Floor • Akron, Ohio 44308-1828 • Fax 330.434.9220 • Phone 330.434.3000

<span style="color:red">EXHIBIT A</span>



**RODERICK LINTON
BELFANCE** LLP

*Attorneys at Law*

FOUNDED 1885

2.  Preserve all evidence and records. This includes the video of          s first concussion and all of her educational records, regardless of the method in which they are stored.

3.  Immediately implement a plan to protect          from ongoing bullying, intimidation, and harassment.

4.  Provide a copy of all of          's educational records, regardless of how they are stored. We have enclosed a copy of a signed release form and have sent a copy directly to the middle school. However, we are seeking all of her educational records.

Last, I have included Litigation Hold letter, a copy of the Due Process Complaint, and records request.

Please feel free to contact me should you have any questions.

Very truly yours,

Jason D. Wallace

*Excellence is our tradition.*

AKRON • MEDINA

rlbllp.com

50 South Main Street, 10th Floor  •  Akron, Ohio 44308-1828  •  Fax 330.434.9220  •  Phone **330.434.3000**

## DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING

| NAME OF CHILD ON WHOSE BEHALF THE HEARING IS REQUESTED | CHILD'S BIRTHDATE (Month/Day/Year) | GRADE |
|---|---|---|
| | 10/16/2000 | 8th Grade |

**DISABILITY CATEGORY**

**ADDRESS OF THE RESIDENCE OF THE CHILD; OR IN THE CASE OF A HOMELESS CHILD, AVAILABLE CONTACT INFORMATION**

6611 Edgemoor Avenue
Solon, Ohio 44139

**NAME AND ADDRESS OF THE SCHOOL THE CHILD ATTENDS**

Solon Middle School
6835 SOM Center Road
Solon, Ohio 44139

| NAME OF PARENT AND ADDRESS IF ADDRESS IS DIFFERENT FROM CHILD'S. IN THE CASE OF A HOMELESS CHILD OR YOUTH, AVAILABLE CONTACT INFORMATION FOR THE CHILD | TELEPHONE NUMBER |
|---|---|
| | ( 216 ) 534-0969 |
| | DAYTIME TELEPHONE NUMBER |
| | (    ) |

**A BILINGUAL OR SIGN LANGUAGE INTERPRETER IS REQUESTED**

☐ YES  ☒ NO  IF YES, specify language/mode of communication

**NAME OF SUPERINTENDENT AND SCHOOL DISTRICT OF RESIDENCE**

Joseph V. Regano, Superintendent, Solon City School District

**MEDIATION**

☒ YES  ☐ NO  I am interested in mediation.

**A DESCRIPTION OF THE PROBLEM** (*Describe the nature of the problem of the child relating to a proposed initiation or change of placement or provision of a free appropriate public education*) (Attach additional pages if necessary).

    is being denied FAPE.
    has been subjected to unwanted bullying and harassment.
The District has refused to address the bullying and harassment problem at the school.
The District has failed its child find obligation.
The District has failed to protect
The District has attempted to cover up incidents at the school.

DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING (continued)
DESCRIPTION OF PROBLEM (continued)

**FACTS** *(Provide facts relating to the problem described above)* (Attach additional pages if necessary).

is a student at Solon Middle School in the Solon City School District. About a year and a half ago suffered a concussion at the hands of another student while attending school at the District and the District attempted to cover up this incident. Prior to this incident I        had never had a concussion before.  Since this incident        has suffered two more concussions, one at a school event. Despite being notified of the brain injury        suffered and the accommodations she required, the District did nothing. The District has failed to address        's change from a student with good grades to a student who is not performing up to her prior performance, has failed to evaluate        or a 504 plan or IEP, has failed to offer appropriate services or accommodations, and failed to protect her from potentially being re-injured.

Also, the District has failed to address the bullying and hostile environment of the school        is attending, despite repeated requests from        s Mother to do so. Because of the harassment of other students, has been forced to seek counseling for anxiety, depression, and suicidal ideations.  The school has refused to address any of these issues and        is suffering emotionally, physically, and academically because of it.

The District's failure to address both the concerns of the brain injuries and the bullying/hostile environment of the school constitutes a denial of a FAPE to

**A DESCRIPTION OF THE PROPOSED RESOLUTION YOU ARE SEEKING** *(Provide the proposed resolution of the problem to the extent known and available to the party at the time)* (Attach additional pages if necessary).

to be provided:
- an ETR;
- an IEP;
- compensatory education;
- Teachers and staff to be trained in practical steps to spot and respond to bullying and how to appropriately respond and intervene in these situations;
- Petitioners to be declared the prevailing party;
- Attorney's fees;
- Other remedies as they become known;
- Any other remedy the IHO feels appropriate

| DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING (continued) | |
|---|---|
| **NAME AND ADDRESS OF THE ATTORNEY OR REPRESENTATIVE FOR THE PARENT/GUARDIAN OR LEA.** *If this section is completed, all information and correspondence regarding the due process request will be sent to the attorney or representative and not to the parent or LEA.* | **TELEPHONE NUMBER**<br><br>(330) 434-3000 |
| Attorney Jason D. Wallace<br>Attorney Daniel R. Bache<br>Roderick Linton Belfance LLP<br>50 S Main Street, 10th Floor<br>Akron, Ohio 44308 | **FAX NUMBER**<br><br>(330) 315-3356 |

**THE PARTY REQUESTING THE HEARING IS (Check one):**

☒ Parent/Guardian of the child on whose behalf the hearing is being brought

_____ School District of Residence(Superintendent)

_____ Other Educational Agency (Name):

_____ Student with a Disability Who Is At Least 18 years Of Age But Not More Than 21 Years

Name (printed) of Party Requesting Hearing

*Jason Wallace for Lisa Mack*

Signature of Party Requesting Hearing

Date of Signature  4/14/15

**REQUEST FOR EXPEDITED HEARING**
**(COMPLETE THIS SECTION ONLY IF YOU ARE REQUESTING AN EXPEDITED HEARING)**

*AN EXPEDITED HEARING MAY BE REQUESTED **ONLY** IF ONE OF THE FOLLOWING REASONS APPLIES.*

**Parent: As the parent/guardian or student, I am requesting an expedited hearing because (Check *one* of the following):**

_____ I disagree with a decision regarding placement for disciplinary removals; *or*

_____ I disagree with the manifestation determination.

**School District: As the school district, I am requesting an expedited hearing because:**

_____ I believe that maintaining the current placement of the child is substantially likely to result in injury to the child or to others.

***Submission of Request***: Send the original completed request to the other party, and send a copy to the Ohio Department of Education, Office for Exceptional Children, Procedural Safeguards, 25 South Front Street, Columbus, Ohio 43215-4183 or fax a copy to (614) 728-1097. ***Note:*** The use of this form is not required. Instead of using this form, you may submit your own due process request, but your request must include all information required by federal regulation at 34 C.F.R. § 300.508. **See page one for instructions.**

7/1/2005, rev. 2/1/ 2007, rev. 7/1/2008; rev. 8/29/2008