## PR-01 PRIOR WRITTEN NOTICE TO PARENTS

### CHILD'S INFORMATION

NAME:        I.D. Number _____ DATE OF BIRTH: <u>10/16/2000</u> DATE OF NOTICE: <u>4/24/15</u>

This is to notify you of the district's action:

### TYPE OF ACTION TAKEN

- ☐ Proposes to initiate an initial evaluation
- ☐ Refusal to initiate an evaluation
- ☐ Expedited evaluation
- ☐ Change of placement
- ☐ Change of placement for disciplinary reasons
- ☐ Proposes to change the identification, evaluation or educational placement of the child or provision of FAPE
- ☐ Refusal to change the identification, evaluation or educational placement of the child or provision of FAPE
- ☐ Reevaluation
- ☐ IEP issues/meetings where the parent(s) disagree with the district
- ☐ Revocation of Consent
- ☐ Due process hearing, or an expedited due process hearing, initiated by the district
- ☐ Graduation from high school
- ☐ Exiting high school due to exceeding the age eligibility for FAPE
- ☒ Other:  Response to due process request initiated by        SE #3095-2015

2. A description of the action proposed or refused by the school district:

> The District has never proposed or refused any action related to _____ .  At no time did _____ 's parent, _____ request that her daughter be evaluated; nor did any Solon teacher or administrator refer _____ for an evaluation as there was no basis to believe or suspect that she had a disability under IDEIA.
>
> While Ms. _____ has never requested an evaluation of her daughter, the District is interpreting the April 14, 2015 letter it received from Ms. _____ 's attorney, Jason Wallace, as a request on Ms. _____ 's behalf that her daughter be evaluated. The District followed up with Ms. _____ on 4/23/2015 to schedule a planning meeting and to proceed with conducting an initial multi-factored evaluation. The District is waiting for a response from Ms. _____ regarding that meeting.

3. An explanation of why the school district proposes or refuses to take the action:

> As reflected above, there was no action proposed or refused by the District. With respect to the allegations raised in the due process complaint, the District has had no reason to suspect _____ is a child with a disability triggering the need for a multi-factored evaluation. Thus, there has been

010-8070-1404/1/AMERICAS

EXHIBIT B

## PR-01 PRIOR WRITTEN NOTICE TO PARENTS

no Child Find violation or denial of FAPE. Nor has the District failed to investigate and respond to any concerns raised by Ms.      or ]      related to alleged bullying or harassment.

The District was made aware of an incident that occurred on or about September 17, 2013 where      was struck in the head by her locker door when another student attempted to shut the locker. The District received information that      sustained a concussion as a result of that incident. The District provided      with the accommodations recommended by      's doctor during the brief period in which she was recuperating from the concussion. The District is unaware of any long-term impact from that initial concussion and observed no change in      's activities, behavior or academics that would suggest she had a disability or required special education and related services. Nor did Ms.      provide any additional information reflecting any long-term mental or physical issues related to the concussion.

On October 1, 2014,      was struck in the head with a volleyball during practice at school. The District received information from      's doctors that she had a concussion and would require certain accommodations during her period of recuperation, including a few days being excused from school, gradually transitioning back into a full day of school and being excused from PE class. Again, the recovery period was relatively short with      resuming normal activities within one month. She also resumed participation in a community volleyball league. Again, the District was provided with no medical information indicating      had a disability or required special education or related services in order to access the general curriculum or be successful in school. While Ms.      shared her concerns that      may have anxiety, the District received no communication from a physician confirming this diagnosis, let alone need for special education or related services. The District did offer the services of a counselor to provide support for      to address any anxiety related to school.      did not initiate those counseling services; rather, the counselor would take the initiative to seek out      to touch base throughout the current school year.

With regard to alleged bullying and harassment, the District was made aware of a situation involving an Instagram post allegedly posted by a fellow student. This was done outside of school and had no relation to school. Despite that fact, the Principal investigated the incident and spoke with the other student's parents to advise them of the situation.      was also advised, on a repeated basis, to let the counselors, administrators or teachers know if she believed she was being subjected to any bullying or harassment at school.      's teachers were also advised to be monitoring the situation. On April 8, 2015, Ms.      reported that another student had snatched a paper out of      s hand and that another student pushed      . The District followed up with      to get her view of the incident. The District also interviewed other students and reviewed the hallway security tapes. The other students who were interviewed did not support the allegation that a paper was taken out of ]      's hand or that she was shoved.      herself acknowledged that the girl who bumped into her could have done so accidentally and that the girl apologized to her. The security footage did not show a student snatching a paper from      's hand or another student bumping into her; rather, the security footage showed      engaging in horseplay, pushing a boy at his locker.

There were no other allegations of bullying or harassment; nor is the District aware of a third concussion.

PR-01 - PRIOR WRITTEN NOTICE FOR PARENTS FORM   REVISED BY ODE: May 28, 2009                    PAGE 2 OF 4

010-8070-1404/1/AMERICAS

## PR-01 PRIOR WRITTEN NOTICE TO PARENTS

Finally, the District is unaware of any facts that support the allegation that it attempted to cover up incidents at school. The District has done nothing to cover up incidents; rather, it has been very transparent in its dealings with ____ and Ms. ____ and responsive to all concerns raised by ____ and Ms. ____ .

The District is responding to Ms. ____ 's request through her attorney that the District conduct an evaluation of ____ The District communicated with Ms. ____ on 4/23/2015 in order to schedule the planning meeting and proceed with the evaluation. The District is waiting for a response from Ms. ____ to proceed with that meeting.

4. A description of other options that the IEP team considered and the reasons why those options were rejected:

Again, there were no options considered and rejected. The District will proceed with the initial multi-factored evaluation.

5. A description of each evaluation procedure, assessment, record or report the school district used as a basis for the proposed or refused action:

The District is responding to Ms. ____ 's request, shared through her attorney, that ____ be evaluated.

6. A description of other factors that are relevant to the school district's proposal or refusal:

The due process request contains several claims that are not subject to due process under IDEIA and that do not fall within the jurisdiction of the hearing officer. The hearing officer has no jurisdiction to address general allegations of bullying and harassment or general allegations of the District's alleged refusal to address bullying and harassment. Nor does the hearing officer have any jurisdiction to address the allegation that the District has attempted to cover up incidents at school.

In addition to the responses set forth above, the District denies each of the claims in the due process request and further denies that the student is entitled to any of the relief sought in the due process request.

Finally, the District reserves the right to seek fees in a court of competent jurisdiction and, through this response, places the parent and her counsel on notice of the District's intent to seek fees pursuant to 20 U.S.C. §1415(i)(3)(B)(II)(III).

### PROVISION OF PROCEDURAL SAFEGUARDS

## PR-01 PRIOR WRITTEN NOTICE TO PARENTS

As a parent of a child with a suspected or identified disability, you have procedural safeguard protection under the Individuals with Disabilities Education Improvement Act (IDEIA) of 2004. **You will be given a copy of your procedural safeguards once per year.** In addition, you will be given a copy of your procedural safeguards when you request a copy, when your child is referred for their first evaluation, when you request an evaluation for your child, when you file a formal written complaint or request a due process hearing and in accordance with the discipline procedures in 34 CFR 300.530(h).

If you have any questions about the action(s) described in this form, your rights as described in the Procedural Safeguards Notice, other related concerns, or you wish to obtain a copy of the Procedural Safeguards Notice , please contact the following:

Name: Dale Jakab      Title: Coordinator of Pupil Services
Address: 33800 Inwood Rd.
City: Solon      State: OH      Zip: 44139
Telephone: 440-349-6258      E-mail: djakab@solonboe.org
School District: Solon City Schools