

## RODERICK LINTON
## BELFANCE LLP

*Attorneys at Law*

FOUNDED 1885

July 31, 2015

Kathy Perrico, Esq.
Smith Peters Kalail Co., L.P.A.
Suite 100
3 Summit Park Dr.
Cleveland, OH 44131-2582

**Via Certified Mail Return Receipt**

9171 9690 0935 0101 8199 66

Re:  **Due Process Complaint**
     **Solon City School District v.**

Dear Kathy,

This letter is the response that specifically addresses the issues raised in the due process complaint dated July 21, 2015, sent to our office. The two issues put forth in the complaint are as follows:

1. Whether the District's ETR is appropriate;

2. Whether the District, because of the propriety of its ETR, appropriately denied Parent's request for an IEE.

The District's Evaluation Team Report (ETR) was inappropriate as it did not address many of the concerns that led up to the evaluation in the first place. Although the Ohio Administrative Code (OAC) 3301-51-05(G)(2)(d) states the school district may not require the parent to provide an explanation as to their disagreement with the public evaluation, we are providing a list that is not exhaustive of the reasons of disagreement. The evaluation did not address areas of concern such as:

1. The numerous emails from Ms.         stating         was having issues, afraid to come to school, was being bullied, having anxiety;

2. The evaluation did not encompass the traumatic brain injuries (TBI), Anxiety not otherwise specified (NOS) or Depression which were requested by Ms.

3. The evaluation did not cover all areas related to the suspected disability, including, if appropriate, health, vision, hearing, social and emotional status, general

*Excellence is our tradition.*

AKRON • MEDINA



dbllp.com    50 South Main Street, 10th Floor • Akron, Ohio 44308-1828 • fax 330.434.9220 • phone 330.434.3000

<span style="color:red">EXHIBIT D</span>

intelligence, academic performance, communicative status, and motor abilities; all of the areas as required by statute OAC 3301-51-06(E)(3)(d);

4. The evaluation had a predetermined outcome;

5. The District only had three (3) teachers submit reviews and did not use the teachers and or employees that were intimately familiar with        , such as, Mr. Sullivan, Mrs. Amstets and Mrs. Laurel-Green;

6. The District did not appropriately consider        's increase in absences since the concussions;

7. The District did not appropriately consider the almost two (2) point drop in grade point average from the time prior to her concussions an the time of the evaluation;

8. The ETR did not address        's Asthma;

9. The ETR did not address the number of times that        had been to the counselor and/or social worker;

10. The District did not appropriately consider that school counselor contacted the high school to let her know of the issues        has been facing prior to her coming to the school;

11. The District did not appropriately consider the bullying that        has been facing in Solon City Schools or the effects thereof;

12. The District failed to appropriately consider the information that Ms.        brought to the ETR from the doctors, the previous diagnoses Ms.        old them about, or the current medication that        vas on. When provided the opportunity to review the assessments and diagnoses from the doctors, the District declined;

13. The District failed to provide all records prior to the ETR;

14. The ETR is biased;

15.

Ms.        and her counsel asked the District to review the diagnoses at the ETR. The District summarily refused to read the information unless they were given a copy of the diagnoses. The District's refusal while at the ETR meeting to review the information from the doctors that evaluated        is a denial of meaningful participation for Ms.        . A redacted copy of the diagnoses that was presented to the District for their review at the ETR meeting on July 9, 2015, is attached.

Because of the flaws of the evaluation and the resulting ETR, Ms.        requested the District provider for an Independent Educational Evaluation (IEE). Ms.        seeks the opportunity afforded her by statute to challenge the ETR results as she questions their validity.

The District did not reply to the request for an IEE until July 21, 2015 in the form of a due process complaint they have stated "serves to deny Parent's request for an IEE and will be sent to Parent by the District and placed in Student's educational record." Ms. renews the request for an IEE that address all areas of concern as is mandated by law to overcome all of these issues.

Very truly yours,

Daniel R. Bache
Roderick Linton Belfance, LLP

3

#73777                                    4.

Bd:  10/16/00

**Affect:**              Constricted

**Cognition:**

    Impairment of:          Attention/Concentration
                         Insight

    Intelligence Estimate:   Average

    Superego Functioning:    Inadequate; impairment of caring about family members and recognizing own effect on others and environment

**Elaboration of Positive Mental Status Findings:**

Describes moods as:  1) depressed – for at least 2 weeks; 2) tired; and 3) aggravated.
Three wishes:  1) school to be easier; 2) have better friends; and 3) "I don't know."

**Diagnoses (DSM-IV)**

| | | | |
|---|---|---|---|
| **Axis I:** | 300.00 | Anxiety Disorder Not Otherwise Specified | |
| | 309.28 | Adjustment Disorder with mixed anxiety and depressed mood | |
| | 311 | Depressive Disorder Not Otherwise Specified | |
| **Axis II:** | 799.9 | Deferred | |
| **Axis III:** | Three concussions in last year; asthma | | |
| **Axis IV:** | Concussions and loss of play time on sports team; academic decline; peer issues; custody battle over brothers; missed school | | |
| **Axis V:** | Current GAF:  52 | GAF Highest in Past Year:  70 | |

**Differential Diagnosis/Formulation:**

    Presents with anxiety following a series of concussions over the last year. Anxiety has effected functioning with not wanting to attend school and worry about getting work done/poor focus. Over last few weeks displaying more depressive symptoms as well with loss of interest, somatic complaints, and suicidal ideation. Will diagnose with Anxiety NOS and Depressive NOS, along with Adjustment Disorder given her adjustment following concussions. It is not clear what role concussions may have played in role of symptom development.

**Medications prescribed:**

| Name | Dosage | Amt./Refills | New / Continued | Rationale |
|---|---|---|---|---|
| Prozac | 10 mg. | | New | Depression/Anxiety |