

# RODERICK LINTON BELFANCE LLP
*Attorneys at Law*



FOUNDED 1885

JASON D. WALLACE

E-MAIL: JWALLACE@RLBLLP.COM

August 24, 2015

Joseph Regano, Superintendent
Solon City Schools
33800 Inwood Road
Solon, Ohio 44139

Re: Due Process Complaint

Dear Superintendent Regano,

     Enclosed you will find a Due Process Complaint concerning     Do not hesitate to contact my office should you have any questions.

Very truly yours,

Jason D. Wallace

JDW: cl
Encl.

*Excellence is our tradition.*

AKRON • MEDINA

rlbllp.com

50 South Main Street, 10th Floor • Akron, Ohio 44308-1828 • Fax 330.434.9220 • Phone **330.434.3000**

EXHIBIT E



**Department of**
# Education

## DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING
### Instructions

**Please provide information requested in all of the fields.**

1. *Name, birthdate and grade* of the child.

2. *Disability category:* Provide a list of all disabilities that currently apply to the child. If the child has not been identified as a child with a disability, state "Child has not been identified" in the space provided.

3. *Address* of the residence of the child; or in the case of a homeless child or youth, available contact information.

4. *Name and address* of the school the child is attending.

5. *Name of parent and address* if address is different from child's; or in the case of a homeless child or youth, *available contact information* for the child: "Homeless" means homeless within the meaning of section 725(2) of the McKinney-Vento Homeless Assistance Act, 42 U.S.C. 11434a(2); and telephone numbers.

6. *Mediation:* Mediation is a free service provided by the State to resolve disputes. Participation in mediation is completely voluntary and must be agreed to by both parties. A mediator will arrange dates for the parties to discuss remedies to resolve the dispute. Mediation is concurrent with due process, but the mediation meeting will usually be scheduled before the due process hearing takes place. If you are interested in mediation, please check the applicable line.

7. *Description of the Problem and Facts Relating to the Problem:* Provide a description of the nature of the problem which is the basis of your request for a due process hearing, and provide facts relating to the problem. ***Example of Problem:*** The problem is the school district's failure to implement my child's individualized education program. ***Example of Facts Relating to the Problem:*** My child has not received the speech and language services specified in her individualized education program.

8. *Description of the Proposed Resolution:* State the resolution you are proposing to the extent known and available to you at the time. ***Example of Proposed Resolution:*** I am proposing that my child receive the speech and language services specified in her individualized education program.

9. *Attorney or Representative:* If you have an attorney or representative in this case, please provide the name and address of the attorney or representative. If this section is completed by the parent or LEA, all due process correspondence and information will be sent to the attorney or representative and not to the parent or LEA.

10. *Signature:* Party requesting the hearing is required to print, sign and date the complaint notice/due process hearing request.

11. *Expedited Hearing, if Applicable:* A parent may request an expedited hearing **only** if the parent disagrees with a decision regarding placement for disciplinary removals or with the manifestation determination. A local educational agency (LEA) may request an expedited hearing **only** if the LEA believes that maintaining the current placement of the child is substantially likely to result in injury to the child or to others. An *expedited hearing may **not** be requested for any other reason.*

12. *Submission of Request:* Send the original completed request to the other party, and send a copy to the Ohio Department of Education, Office for Exceptional Children, Procedural Safeguards, 25 South Front Street, Columbus, Ohio 43215-4183 or fax a copy to (614) 728-1097.

**Note:** The use of this form is not required. Instead of using this form, you may submit your own due process request, but your request must include all information required by federal regulation at 34 CFR § 300.508.

## DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING

| NAME OF CHILD ON WHOSE BEHALF THE HEARING IS REQUESTED | CHILD'S BIRTHDATE (Month/Day/Year) | GRADE |
|---|---|---|
| | 10/16/2000 | 9th Grade |

**DISABILITY CATEGORY**

**ADDRESS OF THE RESIDENCE OF THE CHILD; OR IN THE CASE OF A HOMELESS CHILD, AVAILABLE CONTACT INFORMATION**

6611 Edgemoor Avenue
Solon, Ohio 44139

**NAME AND ADDRESS OF THE SCHOOL THE CHILD ATTENDS**
Solon Middle School
6835 SOM Center Road
Solon, Ohio 44139

| NAME OF PARENT AND ADDRESS IF ADDRESS IS DIFFERENT FROM CHILD'S. IN THE CASE OF A HOMELESS CHILD OR YOUTH, AVAILABLE CONTACT INFORMATION FOR THE CHILD | TELEPHONE NUMBER ( 216 ) 534-0969 |
|---|---|
| | DAYTIME TELEPHONE NUMBER (    ) |

**A BILINGUAL OR SIGN LANGUAGE INTERPRETER IS REQUESTED**

☐ YES ☒ NO  IF YES, specify language/mode of communication

**NAME OF SUPERINTENDENT AND SCHOOL DISTRICT OF RESIDENCE**

Joseph V. Regano, Superintendent, Solon City School District

**MEDIATION**

☒ YES ☐ NO  I am interested in mediation.

**A DESCRIPTION OF THE PROBLEM** (*Describe the nature of the problem of the child relating to a proposed initiation or change of placement or provision of a free appropriate public education*) (Attach additional pages if necessary).

Is being denied FAPE.

has been subjected to unwanted bullying and harassment.
The District has refused to address the bullying and harassment problem at the school.
The District has failed its child find obligation.
The District has failed to protect        from physical or emotional distress.
The District has attempted to cover up incidents at the school.
The District has retaliated against        by refusing to conduct a proper MFE.
The District has retaliated against        by not providing an IEP.
The District has retaliated against        by telling Petitioners they (Petitioners) had to provide any medical opinions they wanted to be considered at the MFE or the opinions would not be considered.
The District has retaliated against        by not seeking medical opinions on their own.
The District has retaliated against        in refusing to provide a 504 evaluation despite Petitioner seeking one.
The District has failed to produce all records as requested in the records request of Petitioners and prior to any meeting regarding a potential IEP.
The District has retaliated against        by threatening to seek fees in the Prior Written Notice dated 4/24/15.

DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING (continued)
DESCRIPTION OF PROBLEM (continued)

**FACTS** *(Provide facts relating to the problem described above)* (Attach additional pages if necessary).

  is a student at Solon Middle School in the Solon City School District. About a year and a half ago     uffered a concussion at the hands of another student while attending school at the District, and the District attempted to cover up this incident. Prior to this incident,     never had a concussion. Since this incident,     has suffered at least two more concussions, one occurring at a school event. Despite being notified of the brain injuries     suffered and the accommodations she required, the District did nothing. The District has failed to address     change from a student with good grades to a student who is not performing up to her prior ability. The District has failed to evaluate     for a 504 plan, failed to offer appropriate services or accommodations, and failed to protect her from potentially being re-injured.

Additionally, the District has failed to address the bullying and hostile environment of the school     is attending, despite repeated requests from     s mother to do so. Due to the harassment of other students,     has been forced to seek counseling for anxiety, depression, and suicidal ideations. The school has refused to address any of these issues, and     is suffering emotionally, physically, and academically because of it. The District's failure to address both the concerns of the brain injuries and the bullying/hostile environment of the school constitutes a denial of FAPE to     .

Further, the District conducted an MFE, yet it was incomplete as it did not consider     medical issues or complete all requirements for evaluation. The District then refused to provide and IEP for     despite her qualifying for an IEP

**A DESCRIPTION OF THE PROPOSED RESOLUTION YOU ARE SEEKING** *(Provide the proposed resolution of the problem to the extent known and available to the party at the time)* (Attach additional pages if necessary).

  o be provided:
- an ETR;
- an IEP;
- compensatory education;
- counseling;
- outside tutoring
- teachers to be trained in practical steps to spot and respond to bullying;
- Petitioners to be named prevailing party;
- Attorney's fees;
- Compensatory Damages;
- Punitive Damages;
- For new concussion protocol to be implemented at the District;
- Any other remedy the IHO feels appropriate

DUE PROCESS COMPLAINT AND REQUEST FOR A DUE PROCESS HEARING (continued)

| NAME AND ADDRESS OF THE ATTORNEY OR REPRESENTATIVE FOR THE PARENT/GUARDIAN OR LEA. *If this section is completed, all information and correspondence regarding the due process request will be sent to the attorney or representative and not to the parent or LEA.*<br>Attorney Jason D. Wallace<br>Roderick Linton Belfance LLP<br>50 S Main Street, 10th Floor<br>Akron, Ohio 44308 | **TELEPHONE NUMBER**<br><br>(330) 434-3000<br><br>**FAX  NUMBER**<br><br>(330) 315-3356 |

| THE PARTY REQUESTING THE HEARING IS (Check one): | |
| --- | --- |
| X    Parent/Guardian of the child on whose behalf the hearing is being brought | _Jason Willie for Petitioner_<br>Name (printed) of Party Requesting Hearing |
| _____ School District of Residence(Superintendent) | _[signature]_<br>Signature of Party Requesting Hearing |
| _____ Other Educational Agency (Name): | _8/24/15_<br>Date of Signature |
| _____ Student with a Disability Who Is At Least 18 years Of Age But Not More Than 21 Years of Age | |

**REQUEST FOR EXPEDITED HEARING**
**(COMPLETE THIS SECTION ONLY IF YOU ARE REQUESTING AN EXPEDITED HEARING)**

*AN EXPEDITED HEARING MAY BE REQUESTED **ONLY** IF ONE OF THE FOLLOWING REASONS APPLIES.*

**Parent: As the parent/guardian or student, I am requesting an expedited hearing because (Check *one* of the following):**

_____ I disagree with a decision regarding placement for disciplinary removals; *or*

_____ I disagree with the manifestation determination.

**School District: As the school district, I am requesting an expedited hearing because:**

_____ I believe that maintaining the current placement of the child is substantially likely to result in injury to the child or to others.

**Submission of Request:** Send the original completed request to the other party, and send a copy to the Ohio Department of Education, Office for Exceptional Children, Procedural Safeguards, 25 South Front Street, Columbus, Ohio 43215-4183 or fax a copy to (614) 728-1097. **Note:** The use of this form is not required. Instead of using this form, you may submit your own due process request, but your request must include all information required by federal regulation at 34 C.F.R. § 300.508. **See page one for instructions.**

7/1/2005, rev. 2/1/ 2007, rev. 7/1/2008; rev. 8/29/2008