## PR-01 PRIOR WRITTEN NOTICE TO PARENTS

### CHILD'S INFORMATION

NAME: _____   DATE OF BIRTH:10/16/2000_____   DATE OF NOTICE:Sep 3, 2015_____

This is to notify you of the district's action:

### TYPE OF ACTION TAKEN

☐ Proposes to initiate an initial evaluation
☐ Refusal to initiate an evaluation
☐ Expedited evaluation
☐ Change of placement
☐ Change of placement for disciplinary reasons
☐ Proposes to change the identification, evaluation or educational placement of the child or provision of FAPE
☐ Refusal to change the identification, evaluation or educational placement of the child or provision of FAPE
☐ Reevaluation
☐ IEP issues/meetings where the parent(s) disagree with the district
☐ Revocation of Consent
☐ Due process hearing, or an expedited due process hearing, initiated by the district
☐ Graduation from high school
☐ Exiting high school due to exceeding the age eligibility for FAPE
☑ Other

2. A description of the action proposed or refused by the school district:

This PR-01 serves as the Solon City School District Board of Education's ("Board") response to Parent's due process complaint ("Complaint") that Parent filed with the Ohio Department of Education ("ODE") on August 26, 2015, to which ODE assigned Case No. SE 3168-2015. Because the facts alleged in the Complaint are virtually identical to those alleged in Parent's complaint that she signed on April 14, 2015 in Case No. SE 3095-2015, which Parent subsequently dismissed, and because some of the problems alleged in the two complaints are the same, the Board incorporates by reference its April 24, 2015 PR-01 Response to Parent's complaint in Case No. SE 3095-2015 and attaches that response as Exhibit A. The Board also incorporates by reference the July 17, 2015 PR-01 that it provided to Parent pertaining to the disagreement about the July 9, 2015 Evaluation Team Report ("ETR") and attaches that PR-01 as Exhibit B.

The Board completed a multi-factored evaluation ("MFE") of _____ in response to Parent's attorney's April 14, 2015 request for an evaluation and Parent's May 27, 2015 consent to conduct an MFE, and met with Parent on July 9, 2015, to discuss the MFE and complete the ETR for the MFE.

The Board denies that it has retaliated against _____ as alleged in the Complaint, and asserts that such claims are not topics for which a due process hearing may be had.

The Board has provided Parent with access to _____ educational records. Previously, the Board provided copies of records directly to Parent's legal counsel, but Parent's authorization to do so expired.

3. An explanation of why the school district proposes or refuses to take the action:

The Board has not completed or offered an individualized education program ("IEP") to _____ because the outcome of the MFE and ETR was that _____ is not a child with a disability. The Board completed the MFE and ETR pursuant to all applicable requirements. The outcome of the MFE and ETR is described in Exhibit B and is summarized here: _____ has a full-scale IQ of 111 (High Average); _____ scored in the average to high average range in academic achievement testing (Woodcock-Johnson IV); _____ progresses in the general curriculum when she attends school and turns in assignments; there are no clinically significant social emotional concerns for _____ by any rater, including Parent and I _____ (BASC). _____ is not "disabled" pursuant to Section 504 of the Rehabilitation Act of 1973; thus, the Board has not offered _____ a Section 504 accommodation plan.

4. A description of other options that the IEP team considered and the reasons why those options were rejected:

The evaluation team did not consider any other options on July 9, 2015, because the outcome of the MFE/ETR was that _____ did not qualify as a child with a disability pursuant to IDEA or a disabled student pursuant to Section 504. The evaluation team stated to Parent that it would consider documents provided by health professionals who have treated _____ but Parent has consistently refused to provide such documentation.

5. A description of each evaluation procedure, assessment, record or report the school district used as a basis for the proposed or refused action:

The evaluation team used the July 9, 2015 MFE/ETR, current reports of _____ 's progress, and staff and parent input.

6. A description of other factors that are relevant to the school district's proposal or refusal:

The Board is committed to collaborating with Parent and remains willing to consider any documents from health professionals who have

D_004

EXHIBIT F

# PR-01 PRIOR WRITTEN NOTICE TO PARENTS

treated        f and when Parent chooses to provide copies of such documents. Parent may examine        s education records if she so
chooses.

## PROVISION OF PROCEDURAL SAFEGUARDS

As a parent of a child with a suspected or identified disability, you have procedural safeguard protection under the Individuals with Disabilities Education Improvement Act (IDEIA) of 2004. **You will be given a copy of your procedural safeguards once per year.** In addition, you will be given a copy of your procedural safeguards when you request a copy, when your child is referred for their first evaluation, when you request an evaluation for your child, when you file a formal written complaint or request a due process hearing and in accordance with the discipline procedures in 34 CFR 300.530(h).

If you have any questions about the action(s) described in this form, your rights as described in the Procedural Safeguards Notice, other related concerns, or you wish to obtain a copy of the Procedural Safeguards Notice , please contact the following:

Name: Dale Jakab                                         Title: Coordinator of Pupil Services

Address: 33800 Inwood Road

City: Solon                    State: OH    Zip Code: 44139

Telephone: 440-349-6258                    E-mail: DaleJakab@solonboe.org

School District: Solon City School District

D_005