IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| SOLON CITY SCHOOL DISTRICT BOARD OF EDUCATION et al., | ) ) ) ) | CASE NO. 5:16-cv-02847 |
| Plaintiffs, | ) ) | JUDGE SARA LIOI |
| v. | ) ) | |
| JASON D. WALLACE, et al. | ) ) ) | |
| Defendants. | ) ) | |

## JOINT PROPOSAL REGARDING PROCEEDINGS

Pursuant to the Court's January 16, 2018 Order (ECF #31), Plaintiffs, Solon City School District Board of Education and Liberty Mutual Insurance Company (collectively, "Plaintiffs"), and Defendants, Jason D. Wallace, Daniel R. Bache, Wallace & Bache LLC, Roderick Linton Belfance, LLP, and Kristopher Immel (collectively, the "Parties"), hereby submit a Joint Proposal regarding the manner in which these proceedings should continue.

Following extensive discussion by and between all counsel of record on Friday, January 19, 2018, the Parties are in agreement that staying this matter pending the outcome of (1) *Wesco Insurance Company v. Roderick Linton Belfance, LLP, et al*., United States District Court, Northern District of Ohio, Case No. 1:17-cv-01813, Judge Benita Pearson, presiding ("Wesco Litigation") and (2) *Ohio Bar Liability Insurance Company v. Jason D. Wallace, et al*., Cuyahoga County Court of Common Pleas, Case No. 17-CV-883774, Judge Joseph D. Russo, presiding ("OBLIC Litigation"), would be the most suitable way to proceed under the circumstances for purposes of judicial economy.

{02511088 -4}

In the Wesco Litigation the Court is being asked to declare whether or not Wesco Insurance Company owes a duty to defend or indemnify Roderick Linton Belfance, LLP, Jason D. Wallace, Daniel R. Bache, or Kristopher Immel ("Defendants") under two Lawyers Professional Liability insurance policies issued to Roderick Linton Belfance, LLP with respect to five lawsuits filed in the United States District Court, Northern District of Ohio, including this particular case.

Likewise, in the OBLIC Litigation, the Cuyahoga County Court of Common Pleas is being asked to declare whether or not Ohio Bar Liability Insurance Company owes a duty to defend or indemnify Jason D. Wallace, Daniel R. Bache, and the law firm Wallace & Bache LLC under professional liability insurance issued by the insurer with respect to six lawsuits pending in the United States District Court, Northern District of Ohio, including this particular case.

Because decisions in the Wesco Litigation and OBLIC Litigation may ultimately affect how the instant matter proceeds with respect to these same Defendants, the Parties propose staying this litigation until a determination as to coverage is made in the Wesco Litigation and the OBLIC Litigation.  In light of the status of this case – where no discovery has been requested or conducted and the case is not set for trial – such proposal appears to make the most practical sense for all involved, including the Court.

For the foregoing reasons, the Parties jointly propose that the Court stay this litigation pending the outcome of *Wesco Insurance Company v. Roderick Linton Belfance, LLP, et al*., United States District Court, Northern District of Ohio, Case No. 1:17-cv-01813 and *Ohio Bar Liability Insurance Company v. Jason D. Wallace, et al*., Cuyahoga County Court of Common Pleas, Case No. 17-CV-883774.

2

{02511088 -4}

Respectfully submitted,

*/s/ Sara Ravas Cooper*
Kathryn I. Perrico (Reg. No. 0076565)
   Email: kperrico@walterhav.com
   Direct Dial: 216-928-2948
Christina Henagen Peer (Reg. No. 0071579)
   Email: cpeer@walterhav.com
   Direct Dial: 216-928-2918
Sara Ravas Cooper (Reg. No. 0076543)
   Email: scooper@walterhav.com
   Direct Dial: 216-928-2898
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH  44114
(216) 781-1212 telephone
(216) 575-0911 facsimile

*Attorneys for Plaintiffs,*
*Solon City School District Board of Education*
*and Liberty Mutual Insurance Company*

/s/ *Lawrence R. Bach (per email consent 01/22/18)*
Kurt R. Weitendorf (Reg. No. 0001817)
Lawrence R. Bach (Reg. No. 0021205)
RODERICK LINTON BELFANCE, LLP
50 South Main Street, 10th Floor
Akron, Ohio 44308-1825
Telephone: 330-434-3000
Fax:  330-434-9220
Email: kweitendorf@rlbllp.com
        lbach@rlbllp.com

*Attorneys for Defendants,*
*Roderick Linton Belfance, LLP and*
*Kristopher Immel*

/s/ *J. Reid Yoder (per email consent 01/22/18)*
J. Reid Yoder (Reg. No. 0076587)
Email: ryoder@dpylaw.com
Benjamin R. Sorber (Reg. No. 0092739)
Email: bsorber@dpylaw.com
DICAUDO PITCHFORD & YODER
209 South Main Street, 3rd Floor
Akron, OH 44308
Phone: 330-762-7477
Fax: 330-762-8059

*Attorneys for Defendants,*
*Jason Wallace, Daniel Bache, and*
*Wallace & Bache LLC*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Proposal Regarding Proceedings* has been filed this 22nd day of January 2018, through the Court's electronic filing system.  All parties may access the foregoing via the Court's electronic filing system.

/s/ *Sara Ravas Cooper*
Sara Ravas Cooper

3

{02511088 -4}